## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| GM GLOBAL TECHNOLOGY OPERATIONS, LLC | Case No. _____ |
|---|---|
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| QUALITY COLLISION PARTS, INC., | |
| Defendant. | |

## INDEX OF EXHIBITS

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1. | U.S. Patent D670,840 |
| 2. | U.S. Patent D670,840 Claim Chart |
| 3. | U.S. Patent D843,025 |
| 4. | U.S. Patent D843,025 Claim Chart |
| 5. | U.S. Patent D807,241 |
| 6. | U.S. Patent D807,241 Claim Chart |
| 7. | U.S. Patent D805,964 |
| 8. | U.S. Patent D805,964 Claim Chart |
| 9. | U.S. Patent D811,954 |
| 10. | U.S. Patent D811,954 Claim Chart |
| 11. | U.S. Patent D811,964 |
| 12. | U.S. Patent D811,964 Claim Chart |
| 13. | U.S. Patent D826,114 |
| 14. | U.S. Patent D826,114 Claim Chart |
| 15. | U.S. Patent D800,615 |
| 16. | U.S. Patent D800,615 Claim Chart |
| 17. | U.S. Patent D867,939 |
| 18. | U.S. Patent D867,939 Claim Chart |
| 19. | U.S. Patent D777,622 |

49929114.1

| 20. | U.S. Patent D777,622 Claim Chart |
| --- | --- |
| 21. | Quality Collision Parts Website Pages |
| 22. | June 13, 2023 Cease and Desist Letter |

49929114.1