# EXHIBIT 1



US00D670840S

(12) **United States Design Patent**
McCabe et al.

(10) Patent No.: **US D670,840 S**
(45) Date of Patent: ∗∗ **Nov. 13, 2012**

(54) **VEHICLE HEAD LAMP**

(75) Inventors: **Steven M. McCabe**, Harper Woods, MI (US); **Richard S. Duff**, Pudong (CN); **Jess Bailie**, Lake Mills, WI (US)

(73) Assignee: **GM Global Technology Operations, LLC**, Detroit, MI (US)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/397,234**

(22) Filed: **Jul. 13, 2011**

(51) LOC (9) Cl. .................................. **26-06**
(52) U.S. Cl. ........................................ **D26/28**
(58) Field of Classification Search ............ D26/28–36; 362/459–468, 475–478, 485–487
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D549,363 | S | * | 8/2007 | Pfeiffer | D26/28 |
| D552,769 | S | * | 10/2007 | Leclercq | D26/28 |
| D553,268 | S | * | 10/2007 | Pfeiffer | D26/28 |
| D553,269 | S | * | 10/2007 | Pfeiffer et al. | D26/28 |
| D565,211 | S | * | 3/2008 | Haller et al. | D26/28 |
| D570,015 | S | * | 5/2008 | Hsu | D26/28 |
| D574,524 | S | * | 8/2008 | Tomatsu | D26/28 |
| D592,770 | S | * | 5/2009 | Bauer et al. | D26/28 |
| D605,793 | S | * | 12/2009 | Weil | D26/28 |
| D620,157 | S | * | 7/2010 | Frenzel et al. | D26/28 |
| D655,837 | S | * | 3/2012 | Karras et al. | D26/28 |

* cited by examiner

*Primary Examiner* — Marcus Jackson
(74) *Attorney, Agent, or Firm* — Parks IP Law LLC; Mickki D. Murray

(57) **CLAIM**

The ornamental design for a vehicle head lamp, as shown and described.

**DESCRIPTION**

FIG. **1** is perspective of a vehicle head lamp showing the new design;
FIG. **2** is a side view, thereof;
FIG. **3** is a plan view, thereof; and,
FIG. **4** is a front view, thereof.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**          Nov. 13, 2012          **US D670,840 S**



*Fig-1*

*Fig-2*

*Fig-3*

*Fig-4*