# EXHIBIT 4

| D843,025[3] | Quality Collision Infringing Products (2019-2024 Chevrolet Malibu Headlamp) | Identifying Materials |
|---|---|---|
| FIG. 1, FIG. 2, FIG. 3, FIG. 4 | (LH headlamp photo) | PartsLink GM2502498 LH HEAD LAMP (HALOGEN) Code: KLJ-MLB00110L |
| | (RH headlamp photo) | PartsLink GM2503498 RH HEAD LAMP (HALOGEN) Code: KLJ-MLB00110R |

---

[3] During prosecution, the applicant elected to proceed on the embodiment of Figures 1-4, and the Patent Office accepted that election.