# EXHIBIT 5



US00D807241S

## (12) United States Design Patent
### Perkins

(10) Patent No.: **US D807,241 S**
(45) Date of Patent: ** **Jan. 9, 2018**

(54) **VEHICLE GRILLE**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Jeffrey W. Perkins**, Rochester, MI (US)

(73) Assignee: **GM Global Technology Operations LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/573,481**

(22) Filed: **Aug. 5, 2016**

(51) LOC (11) Cl. .............................................. 12-16
(52) U.S. Cl.
USPC ..................................... D12/163
(58) Field of Classification Search
USPC .... D12/86, 91, 93, 163, 164, 166, 167, 169, D12/171, 172, 173, 190, 216
CPC ........... B62D 25/08; B62B 9/16; B60K 11/08; B60R 19/52
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,328,358 B1 * | 12/2001 | Berweiler | B60R 19/52 180/68.6 |
| D570,742 S | 6/2008 | Takagi et al. | |
| D584,196 S * | 1/2009 | Ebel | D12/163 |
| D589,853 S * | 4/2009 | Saridakis | D12/163 |
| D592,105 S | 5/2009 | Dean et al. | |
| D597,447 S | 8/2009 | Folden | |
| D600,595 S | 9/2009 | Nakamura et al. | |
| D601,925 S | 10/2009 | O'Donnell | |
| D603,755 S | 11/2009 | Peters | |
| D604,203 S | 11/2009 | O'Donnell | |
| D605,082 S | 12/2009 | Munson | |
| D605,083 S | 12/2009 | Manoogian, II et al. | |
| D605,977 S | 12/2009 | Zipfel et al. | |
| D605,978 S | 12/2009 | Wolff et al. | |
| D608,249 S | 1/2010 | Peters | |
| D608,690 S | 1/2010 | Folden et al. | |
| D608,691 S | 1/2010 | Zak, Jr. et al. | |
| D609,608 S | 2/2010 | Boniface et al. | |
| D611,387 S | 3/2010 | Thompson et al. | |
| D611,879 S | 3/2010 | Kim et al. | |
| D612,297 S | 3/2010 | Peters et al. | |
| D613,645 S | 4/2010 | Song et al. | |
| D615,458 S | 5/2010 | Thompson et al. | |
| D618,595 S | 6/2010 | Ware et al. | |
| D623,090 S | 9/2010 | Cox et al. | |
| D627,262 S | 11/2010 | Ikeda et al. | |
| D635,488 S | 4/2011 | Phipps | |
| D642,964 S * | 8/2011 | Miyazawa | D12/163 |
| D644,147 S | 8/2011 | Suh et al. | |
| D644,567 S | 9/2011 | Kozub | |
| D647,011 S * | 10/2011 | Verhee | D12/169 |
| D657,718 S | 4/2012 | Zipfel et al. | |
| D659,052 S | 5/2012 | Ware et al. | |
| D659,053 S | 5/2012 | Ware et al. | |
| D668,182 S | 10/2012 | Barba Franco et al. | |

(Continued)

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Suzanne E Tisdell
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for a vehicle grille, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the vehicle grille;
FIG. 2 is a front view thereof;
FIG. 3 is a left side view thereof, where the right side view is a mirror image of the left side view; and,
FIG. 4 is a top view thereof.
In the drawings, the portions of the vehicle grille shown in broken lines form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Name | Class |
|---|---|---|---|---|
| D668,183 S | | 10/2012 | Smart | |
| D668,590 S | * | 10/2012 | Furst | D12/163 |
| D678,820 S | | 3/2013 | Son et al. | |
| D678,821 S | | 3/2013 | Ikeda et al. | |
| D679,225 S | * | 4/2013 | Gifford | D12/163 |
| D680,909 S | | 4/2013 | Munson et al. | |
| D680,910 S | | 4/2013 | David | |
| D680,918 S | * | 4/2013 | Yamada | D12/163 |
| D684,899 S | | 6/2013 | Baker | |
| D686,536 S | | 7/2013 | McCabe et al. | |
| D692,798 S | | 11/2013 | Thurber | |
| D692,799 S | | 11/2013 | Smith et al. | |
| D696,157 S | | 12/2013 | Loeb | |
| D699,629 S | | 2/2014 | Ikeda et al. | |
| D700,871 S | | 3/2014 | O'Donnell et al. | |
| D701,151 S | * | 3/2014 | Cartabiano | D12/169 |
| D703,103 S | | 4/2014 | Lee | |
| D703,108 S | * | 4/2014 | Futschik | D12/163 |
| D704,103 S | | 5/2014 | Mack et al. | |
| D705,132 S | | 5/2014 | Ware et al. | |
| D705,699 S | * | 5/2014 | Ware | D12/91 |
| D711,794 S | * | 8/2014 | Okamura | D12/169 |
| D713,298 S | | 9/2014 | Dyson | |
| D713,764 S | | 9/2014 | Ferlazzo et al. | |
| D716,197 S | * | 10/2014 | Terui | D12/163 |
| D716,696 S | | 11/2014 | Thole et al. | |
| D716,706 S | | 11/2014 | Thole et al. | |
| D716,709 S | | 11/2014 | Thole et al. | |
| D717,696 S | | 11/2014 | Thole et al. | |
| D718,189 S | | 11/2014 | Krieg et al. | |
| D718,683 S | | 12/2014 | Thole et al. | |
| D721,019 S | * | 1/2015 | Pevovar | D12/163 |
| D722,282 S | | 2/2015 | Loeb | |
| D722,533 S | | 2/2015 | Thole et al. | |
| D722,534 S | | 2/2015 | Munson et al. | |
| D724,510 S | | 3/2015 | McMahan et al. | |
| D725,001 S | | 3/2015 | McMahan et al. | |
| D726,591 S | | 4/2015 | Jacob | |
| D730,776 S | | 6/2015 | Smart | |
| D730,783 S | | 6/2015 | Henriques et al. | |
| D732,427 S | | 6/2015 | Loeb | |
| D732,429 S | | 6/2015 | Loeb | |
| D732,430 S | * | 6/2015 | Loeb | D12/91 |
| D732,431 S | | 6/2015 | Loeb | |
| D732,432 S | | 6/2015 | Aengenheyster | |
| D732,433 S | | 6/2015 | Aengenheyster | |
| D732,435 S | | 6/2015 | Mackay | |
| D733,002 S | | 6/2015 | Loeb | |
| D735,611 S | | 8/2015 | Aengenheyster | |
| D735,627 S | | 8/2015 | Smith | |
| D736,451 S | | 8/2015 | Smith | |
| D739,306 S | | 9/2015 | McMahan et al. | |
| D739,317 S | | 9/2015 | McMahan et al. | |
| D741,223 S | | 10/2015 | Kim et al. | |
| D743,309 S | | 11/2015 | Thole et al. | |
| D743,313 S | | 11/2015 | Smith et al. | |
| D743,314 S | | 11/2015 | Thole et al. | |
| D743,857 S | | 11/2015 | McMahan et al. | |
| D744,158 S | | 11/2015 | Willett et al. | |
| D745,086 S | | 12/2015 | Finos et al. | |
| D745,719 S | | 12/2015 | Boniface et al. | |
| D745,725 S | | 12/2015 | McMahan et al. | |
| D745,726 S | | 12/2015 | McMahan et al. | |
| D745,837 S | | 12/2015 | Smith et al. | |
| D746,726 S | | 1/2016 | Smith et al. | |
| D746,727 S | | 1/2016 | Smith et al. | |
| D746,728 S | | 1/2016 | Smith et al. | |
| D746,729 S | | 1/2016 | Boniface et al. | |
| D746,730 S | | 1/2016 | Kim et al. | |
| D747,514 S | | 1/2016 | McMahan et al. | |
| D747,515 S | | 1/2016 | McMahan et al. | |
| D747,819 S | | 1/2016 | Thole et al. | |
| D748,543 S | * | 2/2016 | Nissl | D12/169 |
| D749,021 S | | 2/2016 | Boniface et al. | |
| D749,026 S | | 2/2016 | Smith et al. | |
| D749,027 S | | 2/2016 | McMahan et al. | |
| D749,246 S | | 2/2016 | Thole et al. | |
| D749,249 S | | 2/2016 | Thole et al. | |
| D749,250 S | | 2/2016 | Thole et al. | |
| D749,985 S | | 2/2016 | Kozub et al. | |
| D749,997 S | | 2/2016 | McMahan et al. | |
| D750,001 S | | 2/2016 | Thole et al. | |
| D753,032 S | | 4/2016 | Smith et al. | |
| D753,033 S | | 4/2016 | Thole et al. | |
| D753,034 S | | 4/2016 | Thole et al. | |
| D753,035 S | | 4/2016 | Boniface et al. | |
| D753,559 S | | 4/2016 | McMahan et al. | |
| D753,560 S | | 4/2016 | McMahan et al. | |
| D753,567 S | | 4/2016 | Boniface et al. | |
| D754,571 S | | 4/2016 | Boniface et al. | |
| D754,572 S | | 4/2016 | McMahan et al. | |
| D755,088 S | * | 5/2016 | McMahan | D12/163 |
| D756,869 S | | 5/2016 | McMahan et al. | |
| D758,271 S | | 6/2016 | McMahan et al. | |
| D763,152 S | * | 8/2016 | Frascella | D12/190 |
| 9,469,187 B1 | * | 10/2016 | Ho | B60K 11/08 |
| D775,003 S | * | 12/2016 | Pevovar | D12/163 |
| D775,554 S | * | 1/2017 | Kapitonov | D12/163 |
| D776,020 S | * | 1/2017 | Kapitonov | D12/163 |
| D780,644 S | * | 3/2017 | Kim | D12/163 |
| D782,943 S | * | 4/2017 | Kavaja | D12/163 |
| D782,944 S | * | 4/2017 | Pevovar | D12/163 |
| D786,145 S | * | 5/2017 | Kozub | D12/163 |
| D787,993 S | * | 5/2017 | McCabe | D12/173 |
| 2004/0190985 A1 | * | 9/2004 | Aigner | B60R 19/52 403/329 |
| 2005/0006913 A1 | * | 1/2005 | Otte | B60R 19/52 293/115 |
| 2006/0157992 A1 | * | 7/2006 | Sakamoto | B60R 19/52 293/115 |
| 2008/0079271 A1 | * | 4/2008 | Maruko | B60R 19/52 293/102 |
| 2010/0148525 A1 | * | 6/2010 | Abdelnour | B60R 19/52 293/115 |
| 2011/0181062 A1 | * | 7/2011 | Bernt | B60K 11/085 293/102 |
| 2014/0291056 A1 | * | 10/2014 | Takanaga | B60K 11/085 180/274 |
| 2016/0325790 A1 | * | 11/2016 | Murray | B62D 25/02 |

\* cited by examiner



FIG.1



FIG. 2



**FIG. 3**



FIG. 4