# EXHIBIT 6

| D807,241 | Quality Collision Infringing Products (2018-2021 Chevrolet Equinox Grille) | Identifying Materials |
|---|---|---|
| FIG. 1  FIG. 2   FIG. 3  FIG. 4 | | |
| | | |