# EXHIBIT 7



US00D805964S

(12) **United States Design Patent**    (10) **Patent No.:**       **US D805,964 S**

Whitla et al.                                        (45) **Date of Patent:**   ** **Dec. 26, 2017**

(54) **VEHICLE GRILLE**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventors: **Guy W. Whitla**, Rochester Hills, MI (US); **Takahiko Suginoshita**, Rochester Hills, MI (US)

(73) Assignee: **GM Global Technology Operations LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/568,732**

(22) Filed: **Jun. 21, 2016**

(51) **LOC (10) Cl.** ............................................... **12-16**

(52) **U.S. Cl.**
USPC ............................................................ **D12/163**

(58) **Field of Classification Search**
USPC .... D12/86, 91, 93, 163, 164, 166, 167, 169, D12/171, 172, 173, 190, 216
CPC ........... B62D 25/08; B62B 9/16; B60K 11/08; B60R 19/52
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,537,553 | A | * | 1/1951 | Schonauer ............... B60R 19/52 180/68.6 |
| 4,168,855 | A | * | 9/1979 | Koch ....................... B60R 19/52 293/115 |
| 5,193,636 | A | * | 3/1993 | Holm ....................... B60K 11/08 180/68.1 |
| 5,452,931 | A | * | 9/1995 | Chase ..................... B60K 11/08 180/68.6 |
| 5,482,336 | A | * | 1/1996 | Rouse ..................... B60R 19/52 180/68.5 |
| 6,027,150 | A | * | 2/2000 | Flewitt ................... B60K 11/08 180/68.6 |

| | | | | |
|---|---|---|---|---|
| 6,167,645 | B1 | * | 1/2001 | Gasko ................... B60R 13/105 293/115 |
| D500,268 | S | * | 12/2004 | Otto ............................. D12/163 |
| D558,102 | S | * | 12/2007 | Lau .............................. D12/163 |
| D570,742 | S | | 6/2008 | Takagi et al. |
| D580,308 | S | * | 11/2008 | Ebel ............................. D12/163 |
| D592,105 | S | | 5/2009 | Dean et al. |
| D596,998 | S | * | 7/2009 | Hasui ........................... D12/163 |
| D597,447 | S | | 8/2009 | Folden |
| D600,595 | S | | 9/2009 | Nakamura et al. |
| D601,925 | S | | 10/2009 | O'Donnell |
| D603,755 | S | | 11/2009 | Peters |
| D604,203 | S | | 11/2009 | O'Donnell |
| D605,082 | S | | 12/2009 | Munson |
| D605,083 | S | | 12/2009 | Manoogian, II et al. |
| D605,977 | S | | 12/2009 | Zipfel et al. |
| D605,978 | S | | 12/2009 | Wolff et al. |
| D605,992 | S | * | 12/2009 | Leng ............................ D12/173 |
| D608,249 | S | | 1/2010 | Peters |
| D608,690 | S | | 1/2010 | Folden et al. |
| D608,691 | S | | 1/2010 | Zak, Jr. et al. |
| D609,608 | S | | 2/2010 | Boniface et al. |

(Continued)

*Primary Examiner* — Manpreet S Matharu
*Assistant Examiner* — Suzanne E Tisdell
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for a vehicle grille, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the vehicle grille;
FIG. **2** is a front view thereof;
FIG. **3** is a left side view thereof (where the right side view is omitted since the right side view is substantially a mirror image of the left side view); and,
FIG. **4** is a top plan view thereof.
In the drawings, the portions shown by broken lines form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



## US D805,964 S
Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D610,053 S | * | 2/2010 | Sakae .......................... D12/163 |
| D611,387 S | | 3/2010 | Thompson et al. |
| D611,879 S | | 3/2010 | Kim et al. |
| D612,297 S | | 3/2010 | Peters et al. |
| D613,645 S | | 4/2010 | Song et al. |
| D615,458 S | | 5/2010 | Thompson et al. |
| D618,595 S | | 6/2010 | Ware et al. |
| D623,090 S | | 9/2010 | Cox et al. |
| D627,262 S | | 11/2010 | Ikeda et al. |
| D635,488 S | | 4/2011 | Phipps |
| D640,956 S | * | 7/2011 | Leahy .......................... D12/163 |
| D644,147 S | | 8/2011 | Suh et al. |
| D644,567 S | | 9/2011 | Kozub |
| D645,797 S | * | 9/2011 | Beigel .......................... D12/163 |
| D657,718 S | | 4/2012 | Zipfel et al. |
| D659,052 S | | 5/2012 | Ware et al. |
| D659,053 S | | 5/2012 | Ware et al. |
| D661,231 S | * | 6/2012 | Galante .......................... D12/163 |
| D668,182 S | | 10/2012 | Franco et al. |
| D668,183 S | | 10/2012 | Smart |
| D678,820 S | | 3/2013 | Son et al. |
| D678,821 S | | 3/2013 | Ikeda et al. |
| D680,909 S | | 4/2013 | Munson et al. |
| D680,910 S | | 4/2013 | David |
| D683,668 S | * | 6/2013 | Thurber .......................... D12/163 |
| D684,899 S | | 6/2013 | Baker |
| D686,536 S | | 7/2013 | McCabe et al. |
| D686,543 S | * | 7/2013 | Weil .......................... D12/163 |
| D691,072 S | * | 10/2013 | Cheng .......................... D12/163 |
| D692,798 S | | 11/2013 | Thurber |
| D692,799 S | | 11/2013 | Smith et al. |
| D696,157 S | | 12/2013 | Loeb |
| D699,629 S | | 2/2014 | Ikeda et al. |
| D700,871 S | | 3/2014 | O'Donnell et al. |
| D703,103 S | | 4/2014 | Lee |
| D704,103 S | | 5/2014 | Mack et al. |
| D705,132 S | | 5/2014 | Ware et al. |
| D705,699 S | | 5/2014 | Ware et al. |
| D708,992 S | * | 7/2014 | Ito .......................... D12/163 |
| D713,298 S | | 9/2014 | Dyson |
| D713,764 S | | 9/2014 | Ferlazzo et al. |
| D716,696 S | | 11/2014 | Thole et al. |
| D716,706 S | | 11/2014 | Thole et al. |
| D716,709 S | | 11/2014 | Thole et al. |
| D717,696 S | | 11/2014 | Thole et al. |
| D718,189 S | | 11/2014 | Krieg et al. |
| D718,683 S | | 12/2014 | Thole et al. |
| D722,282 S | | 2/2015 | Loeb |
| D722,533 S | | 2/2015 | Thole et al. |
| D722,534 S | | 2/2015 | Munson et al. |
| D724,510 S | | 3/2015 | McMahan et al. |
| D725,001 S | | 3/2015 | McMahan et al. |
| D726,591 S | | 4/2015 | Jacob |
| D726,601 S | * | 4/2015 | Duff .......................... D12/163 |
| D730,776 S | | 6/2015 | Smart |
| D730,783 S | | 6/2015 | Henriques et al. |
| D730,786 S | * | 6/2015 | Duff .......................... D12/163 |
| D732,427 S | | 6/2015 | Loeb |
| D732,429 S | | 6/2015 | Loeb |
| D732,430 S | | 6/2015 | Loeb |
| D732,431 S | | 6/2015 | Loeb |
| D732,432 S | | 6/2015 | Aengenheyster |
| D732,433 S | | 6/2015 | Aengenheyster |
| D732,435 S | | 6/2015 | Mackay |
| D733,002 S | | 6/2015 | Loeb |
| D735,611 S | | 8/2015 | Aengenheyster |
| D735,627 S | | 8/2015 | Smith |
| D736,451 S | | 8/2015 | Smith |
| D739,306 S | | 9/2015 | McMahan et al. |
| D739,317 S | | 9/2015 | McMahan et al. |
| D741,223 S | | 10/2015 | Kim et al. |
| D743,309 S | | 11/2015 | Thole et al. |
| D743,313 S | | 11/2015 | Smith et al. |
| D743,314 S | | 11/2015 | Thole et al. |
| D743,857 S | | 11/2015 | McMahan et al. |
| D744,158 S | | 11/2015 | Willett et al. |
| D745,086 S | | 12/2015 | Finos et al. |
| D745,719 S | | 12/2015 | Boniface et al. |
| D745,725 S | | 12/2015 | McMahan et al. |
| D745,726 S | | 12/2015 | McMahan et al. |
| D745,837 S | | 12/2015 | Smith et al. |
| D746,726 S | | 1/2016 | Thole et al. |
| D746,727 S | | 1/2016 | Smith et al. |
| D746,728 S | | 1/2016 | Smith et al. |
| D746,729 S | | 1/2016 | Boniface et al. |
| D746,730 S | * | 1/2016 | Kim .......................... D12/163 |
| D747,514 S | | 1/2016 | McMahan et al. |
| D747,515 S | | 1/2016 | McMahan et al. |
| D747,819 S | | 1/2016 | Thole et al. |
| D749,021 S | | 2/2016 | Boniface et al. |
| D749,026 S | | 2/2016 | Smith et al. |
| D749,027 S | | 2/2016 | McMahan et al. |
| D749,246 S | | 2/2016 | Thole et al. |
| D749,249 S | | 2/2016 | Thole et al. |
| D749,250 S | | 2/2016 | Thole et al. |
| D749,985 S | | 2/2016 | Kozub et al. |
| D749,997 S | | 2/2016 | McMahan et al. |
| D750,001 S | | 2/2016 | Thole et al. |
| D753,032 S | | 4/2016 | Smith et al. |
| D753,033 S | | 4/2016 | Thole et al. |
| D753,034 S | | 4/2016 | Thole et al. |
| D753,035 S | | 4/2016 | Boniface et al. |
| D753,559 S | | 4/2016 | McMahan et al. |
| D753,560 S | | 4/2016 | McMahan et al. |
| D753,567 S | | 4/2016 | Boniface et al. |
| D754,571 S | | 4/2016 | Boniface et al. |
| D754,572 S | | 4/2016 | McMahan et al. |
| D754,573 S | * | 4/2016 | Wu .......................... D12/163 |
| D755,088 S | | 5/2016 | McMahan et al. |
| D756,869 S | | 5/2016 | McMahan et al. |
| D758,271 S | | 6/2016 | McMahan et al. |
| D759,550 S | * | 6/2016 | Vena .......................... D12/163 |
| D775,555 S | * | 1/2017 | Myrberg .......................... D12/163 |
| D787,384 S | * | 5/2017 | Ito .......................... D12/163 |
| D790,410 S | * | 6/2017 | Ito .......................... D12/163 |
| 2004/0262061 A1 | * | 12/2004 | Bahr .................. B60K 11/08 180/69.2 |
| 2005/0006913 A1 | * | 1/2005 | Otte .................. B60R 19/52 293/115 |
| 2007/0115434 A1 | * | 5/2007 | Oba .................. B60R 13/00 352/243 |
| 2007/0182174 A1 | * | 8/2007 | Nakayama .......... B60R 19/52 293/115 |
| 2013/0293104 A1 | * | 11/2013 | Wu .................. B60Q 1/50 315/77 |
| 2016/0229223 A1 | | 8/2016 | Kajitani .................. B44C 1/1712 |
| 2016/0257193 A1 | * | 9/2016 | Prabhudesai .......... B60K 11/04 |
| 2017/0072888 A1 | * | 3/2017 | Wubs .................. B60R 19/38 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

FIG. 4