# EXHIBIT 8

| D805,964 | Quality Collision Infringing Products (2017-2019 Buick LaCrosse Grille) | Identifying Materials |
|---|---|---|



FIG. 1

FIG. 2

FIG. 3

FIG. 4