# EXHIBIT 9

US00D811954S

(12) **United States Design Patent** (10) Patent No.: **US D811,954 S**
Park (45) Date of Patent: ** **Mar. 6, 2018**

(54) **RADIATOR GRILLE OF CAR**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Jinhyoung Park**, Incheon (KR)

(73) Assignee: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/572,456**

(22) Filed: **Jul. 28, 2016**

(30) **Foreign Application Priority Data**

Feb. 4, 2016 (KR) ........................ 30-2016-0005684

(51) **LOC (11) Cl.** ............................................. **12-16**
(52) **U.S. Cl.**
     USPC ...................................................... **D12/163**
(58) **Field of Classification Search**
     USPC .... D12/86, 91, 93, 163, 164, 166, 167, 169, D12/171, 172, 173, 190, 216
     CPC ........... B62D 25/08; B62B 9/16; B60K 11/08; B60R 19/52
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,537,553 | A | * | 1/1951 | Schonauer | B60R 19/52 |
|---|---|---|---|---|---|
| | | | | | 180/68.6 |
| 4,168,855 | A | * | 9/1979 | Koch | B60R 19/52 |
| | | | | | 293/115 |
| 5,193,636 | A | * | 3/1993 | Holm | B60K 11/08 |
| | | | | | 180/68.1 |
| 5,452,931 | A | * | 9/1995 | Chase | B60K 11/08 |
| | | | | | 180/68.6 |
| 5,482,336 | A | * | 1/1996 | Rouse | B60R 19/52 |
| | | | | | 180/68.5 |
| 6,027,150 | A | * | 2/2000 | Flewitt | B60K 11/08 |
| | | | | | 180/68.6 |
| 6,167,645 | B1 | * | 1/2001 | Gasko | B60R 13/105 |
| | | | | | 293/115 |
| D500,268 | S | * | 12/2004 | Otto | D12/163 |
| D558,102 | S | * | 12/2007 | Lau | D12/163 |
| D580,308 | S | * | 11/2008 | Ebel | D12/163 |
| D596,998 | S | * | 7/2009 | Hasui | D12/163 |
| D605,992 | S | * | 12/2009 | Leng | D12/173 |
| D610,053 | S | * | 2/2010 | Sakae | D12/163 |
| D640,956 | S | * | 7/2011 | Leahy | D12/163 |
| D645,797 | S | * | 9/2011 | Beigel | D12/163 |
| D661,231 | S | * | 6/2012 | Galante | D12/163 |
| D683,668 | S | * | 6/2013 | Thurber | D12/163 |
| D686,543 | S | * | 7/2013 | Weil | D12/163 |
| D691,072 | S | * | 10/2013 | Cheng | D12/163 |
| D708,992 | S | * | 7/2014 | Ito | D12/163 |
| D726,601 | S | * | 4/2015 | Duff | D12/163 |

(Continued)

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Suzanne E Tisdell
(74) *Attorney, Agent, or Firm* — Browdy and Neimark, PLLC

(57) **CLAIM**

The ornamental design for a radiator grille of car, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of new design for a radiator grille of car as shown in the drawings;
FIG. **2** is a front elevation view of the radiator grille of car;
FIG. **3** is a rear elevation view of the radiator grille of car;
FIG. **4** is a left side view of the radiator grille of car;
FIG. **5** is a right side view of the radiator grille of car;
FIG. **6** is a top plan view of the radiator grille of car; and,
FIG. **7** is a bottom plan view of the radiator grille of car.

**1 Claim, 7 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D730,786 S * | 6/2015 | Duff | D12/163 |
| D746,730 S * | 1/2016 | Kim | D12/163 |
| D754,573 S * | 4/2016 | Wu | D12/163 |
| D759,550 S * | 6/2016 | Vena | D12/163 |
| D775,555 S * | 1/2017 | Myrberg | D12/163 |
| D787,384 S * | 5/2017 | Ito | D12/163 |
| D790,410 S * | 6/2017 | Ito | D12/163 |
| 2004/0262061 A1 * | 12/2004 | Bahr | B60K 11/08 180/69.2 |
| 2005/0006913 A1 * | 1/2005 | Otte | B60R 19/52 293/115 |
| 2007/0115434 A1 * | 5/2007 | Oba | B60R 13/00 352/243 |
| 2007/0182174 A1 * | 8/2007 | Nakayama | B60R 19/52 293/115 |
| 2013/0293104 A1 * | 11/2013 | Wu | B60Q 1/50 315/77 |
| 2016/0229223 A1 * | 8/2016 | Kajitani | B44C 1/1712 |
| 2016/0257193 A1 * | 9/2016 | Prabhudesai | B60K 11/04 |
| 2017/0072888 A1 * | 3/2017 | Wubs | B60R 19/38 |

* cited by examiner



FIG. 1

**U.S. Patent**  Mar. 6, 2018  Sheet 2 of 7  **US D811,954 S**



FIG. 2



FIG. 3

FIG. 4



FIG. 5



**U.S. Patent**  Mar. 6, 2018  Sheet 6 of 7  **US D811,954 S**



FIG. 6

U.S. Patent　　Mar. 6, 2018　　Sheet 7 of 7　　US D811,954 S



FIG. 7