# EXHIBIT 10







