# EXHIBIT 11

US00D811964S

(12) **United States Design Patent**  
Perkins

(10) Patent No.: **US D811,964 S**  
(45) Date of Patent: ** **Mar. 6, 2018**

(54) **VEHICLE FRONT UPPER BUMPER**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Jeffrey W. Perkins**, Rochester, MI (US)

(73) Assignee: **GM Global Technology Operations LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/576,293**

(22) Filed: **Sep. 1, 2016**

(51) LOC (11) Cl. .............................................. 12-16
(52) U.S. Cl.
    USPC ...................................................... **D12/169**
(58) Field of Classification Search
    USPC .... D12/169, 216, 90–92, 86, 171, 196, 163;
        293/102, 113, 115, 117, 120; 296/180.1,
        296/180.2
    CPC .......... B60R 19/02; B60R 19/04; B62D 25/08
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D570,742 S | 6/2008 | Takagi et al. |
| D592,105 S | 5/2009 | Dean et al. |
| D597,447 S | 8/2009 | Folden |
| D600,595 S | 9/2009 | Nakamura et al. |
| D601,925 S | 10/2009 | O'Donnell |
| D603,755 S | 11/2009 | Peters |
| D604,203 S | 11/2009 | O'Donnell |
| D605,082 S | 12/2009 | Munson |
| D605,083 S | 12/2009 | Manoogian, II et al. |
| D605,977 S | 12/2009 | Zipfel et al. |
| D605,978 S | 12/2009 | Wolff et al. |
| D608,249 S | 1/2010 | Peters |
| D608,690 S | 1/2010 | Folden et al. |
| D608,691 S | 1/2010 | Zak, Jr. et al. |
| D609,608 S | 2/2010 | Boniface et al. |
| D611,387 S | 3/2010 | Thompson et al. |
| D611,879 S | 3/2010 | Kim et al. |
| D612,297 S | 3/2010 | Peters et al. |
| D613,645 S | 4/2010 | Song et al. |
| D615,458 S | 5/2010 | Thompson et al. |
| D618,595 S | 6/2010 | Ware et al. |
| D623,090 S | 9/2010 | Cox et al. |
| D627,262 S | 11/2010 | Ikeda et al. |
| D635,488 S | 4/2011 | Phipps |
| D644,147 S | 8/2011 | Suh et al. |
| D644,567 S | 9/2011 | Kozub |
| D657,718 S | 4/2012 | Zipfel et al. |
| D659,052 S | 5/2012 | Ware et al. |
| D659,053 S | 5/2012 | Ware et al. |
| D668,182 S | 10/2012 | Barba Franco et al. |
| D668,183 S | 10/2012 | Smart |
| D678,820 S | 3/2013 | Son et al. |
| D678,821 S | 3/2013 | Ikeda et al. |
| D680,909 S | 4/2013 | Munson et al. |
| D680,910 S | 4/2013 | David |
| D684,899 S | 6/2013 | Baker |

(Continued)

*Primary Examiner* — Melody N Brown
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for a vehicle front upper bumper, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a vehicle front upper bumper showing our new design;
FIG. **2** is a front view thereof;
FIG. **3** is a left side elevational view thereof, the right side view being a mirror image thereof; and,
FIG. **4** is a top plan view thereof.
In the drawings, the portions shown by broken lines form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



US D811,964 S

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D686,536 S | 7/2013 | McCabe et al. |
| D692,798 S | 11/2013 | Thurber |
| D692,799 S | 11/2013 | Smith et al. |
| D696,157 S | 12/2013 | Loeb |
| D699,629 S | 2/2014 | Ikeda et al. |
| D700,871 S | 3/2014 | O'Donnell et al. |
| D703,103 S | 4/2014 | Lee |
| D704,103 S | 5/2014 | Mack et al. |
| D705,132 S | 5/2014 | Ware et al. |
| D705,699 S | 5/2014 | Ware et al. |
| D713,298 S | 9/2014 | Dyson |
| D713,764 S | 9/2014 | Ferlazzo et al. |
| D716,696 S | 11/2014 | Thole et al. |
| D716,706 S | 11/2014 | Thole et al. |
| D716,709 S | 11/2014 | Thole et al. |
| D717,696 S | 11/2014 | Thole et al. |
| D718,189 S | 11/2014 | Krieg et al. |
| D718,683 S | 12/2014 | Thole et al. |
| D722,282 S | 2/2015 | Loeb |
| D722,533 S | 2/2015 | Thole et al. |
| D722,534 S | 2/2015 | Munson et al. |
| D724,510 S | 3/2015 | McMahan et al. |
| D725,001 S | 3/2015 | McMahan et al. |
| D726,591 S | 4/2015 | Jacob |
| D730,776 S | 6/2015 | Smart |
| D730,783 S | 6/2015 | Henriques et al. |
| D732,427 S | 6/2015 | Loeb |
| D732,429 S | 6/2015 | Loeb |
| D732,430 S | 6/2015 | Loeb |
| D732,431 S | 6/2015 | Loeb |
| D732,432 S | 6/2015 | Aengenheyster |
| D732,433 S | 6/2015 | Aengenheyster |
| D732,435 S | 6/2015 | Mackay |
| D733,002 S | 6/2015 | Loeb |
| D735,611 S | 8/2015 | Aengenheyster |
| D735,627 S | 8/2015 | Smith |
| D736,451 S | 8/2015 | Smith |
| D739,306 S | 9/2015 | McMahan et al. |
| D739,317 S | 9/2015 | McMahan et al. |
| D741,223 S | 10/2015 | Kim et al. |
| D743,309 S | 11/2015 | Thole et al. |
| D743,313 S | 11/2015 | Smith et al. |
| D743,314 S | 11/2015 | Thole et al. |
| D743,857 S | 11/2015 | McMahan et al. |
| D744,158 S | 11/2015 | Willett et al. |
| D745,086 S | 12/2015 | Finos et al. |
| D745,719 S | 12/2015 | Boniface et al. |
| D745,725 S | 12/2015 | McMahan et al. |
| D745,726 S | 12/2015 | McMahan et al. |
| D745,837 S | 12/2015 | Smith et al. |
| D746,726 S | 1/2016 | Smith et al. |
| D746,727 S | 1/2016 | Smith et al. |
| D746,728 S | 1/2016 | Smith et al. |
| D746,729 S | 1/2016 | Boniface et al. |
| D746,730 S | 1/2016 | Kim et al. |
| D747,514 S | 1/2016 | McMahan et al. |
| D747,515 S | 1/2016 | McMahan et al. |
| D747,819 S | 1/2016 | Thole et al. |
| D749,021 S | 2/2016 | Boniface et al. |
| D749,026 S | 2/2016 | Smith et al. |
| D749,027 S | 2/2016 | McMahan et al. |
| D749,246 S | 2/2016 | Thole et al. |
| D749,249 S | 2/2016 | Thole et al. |
| D749,250 S | 2/2016 | Thole et al. |
| D749,985 S | 2/2016 | Kozub et al. |
| D749,997 S | 2/2016 | McMahan et al. |
| D750,001 S | 2/2016 | Thole et al. |
| D753,032 S | 4/2016 | Smith et al. |
| D753,033 S | 4/2016 | Thole et al. |
| D753,034 S | 4/2016 | Thole et al. |
| D753,035 S | 4/2016 | Boniface et al. |
| D753,559 S | 4/2016 | McMahan et al. |
| D753,560 S | 4/2016 | McMahan et al. |
| D753,567 S | 4/2016 | Boniface et al. |
| D754,571 S | 4/2016 | Boniface et al. |
| D754,572 S | 4/2016 | McMahan et al. |
| D755,088 S | 5/2016 | McMahan et al. |
| D756,869 S | 5/2016 | McMahan et al. |
| D758,271 S | 6/2016 | McMahan et al. |
| D772,117 S * | 11/2016 | Davidson .................. D12/169 |
| D778,791 S * | 2/2017 | Burki ........................ D12/169 |
| D792,815 S * | 7/2017 | Kozub ....................... D12/169 |
| D792,816 S * | 7/2017 | Kozub ....................... D12/169 |
| D800,615 S * | 10/2017 | Park ........................... D12/169 |

\* cited by examiner



FIG. 1



FIG. 2

FIG. 3



FIG. 4