# EXHIBIT 12

| D811,964 | Quality Collision Infringing Products (2018-2021 Chevrolet Equinox Front Bumper/Fascia) | Identifying Materials |
|---|---|---|
| FIG. 1<br>FIG. 2　　FIG. 3<br>FIG. 4 | | |