# EXHIBIT 13

US00D826114S

| (12) | United States Design Patent | (10) Patent No.: | US D826,114 S |
|---|---|---|---|
| | Smith et al. | (45) Date of Patent: | ** Aug. 21, 2018 |

(54) **VEHICLE FRONT BUMPER**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventors: **Brian J. Smith**, Farmington Hills, MI (US); **Evan Mai**, Ypsilanti, MI (US)

(73) Assignee: **GM Global Technology Operations LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/603,215**

(22) Filed: **May 8, 2017**

(51) **LOC (11) Cl.** .............................................. 12-16
(52) **U.S. Cl.**
    USPC ...................................................... **D12/169**
(58) **Field of Classification Search**
    USPC .... D12/169, 216, 90–92, 86, 171, 196, 163;
        293/102, 113, 115, 117, 120; 296/180.1,
        296/180.2
    CPC .......... B60R 19/02; B60R 19/04; B62D 25/08
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D570,742 S | 6/2008 | Takagi et al. |
| D592,105 S | 5/2009 | Dean et al. |
| D597,447 S | 8/2009 | Folden |
| D600,595 S | 9/2009 | Nakamura et al. |
| D601,925 S | 10/2009 | O'Donnell |
| D603,755 S | 11/2009 | Peters |
| D604,203 S | 11/2009 | O'Donnell |
| D605,082 S | 12/2009 | Munson |
| D605,083 S | 12/2009 | Manoogian, II et al. |
| D605,977 S | 12/2009 | Zipfel et al. |
| D605,978 S | 12/2009 | Wolff et al. |
| D608,249 S | 1/2010 | Peters |
| D608,690 S | 1/2010 | Folden et al. |
| D608,691 S | 1/2010 | Zak, Jr. et al. |
| D609,608 S | 2/2010 | Boniface et al. |
| D611,387 S | 3/2010 | Thompson et al. |
| D611,879 S | 3/2010 | Kim et al. |
| D612,297 S | 3/2010 | Peters et al. |
| D613,645 S | 4/2010 | Song et al. |
| D615,458 S | 5/2010 | Thompson et al. |
| D618,595 S | 6/2010 | Ware et al. |
| D623,090 S | 9/2010 | Cox et al. |
| D625,230 S * | 10/2010 | Hirai ............................ D12/169 |
| D626,473 S * | 11/2010 | Mueller ...................... D12/169 |
| D627,262 S | 11/2010 | Ikeda et al. |
| D635,488 S | 4/2011 | Phipps |
| D644,147 S | 8/2011 | Suh et al. |
| D644,567 S | 9/2011 | Kozub |
| D657,718 S | 4/2012 | Zipfel et al. |
| D659,052 S | 5/2012 | Ware et al. |
| D659,053 S | 5/2012 | Ware et al. |
| D668,182 S | 10/2012 | Barba Franco et al. |
| D668,183 S | 10/2012 | Smart |
| D678,820 S | 3/2013 | Song et al. |

(Continued)

*Primary Examiner* — Melody N Brown
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for a vehicle front bumper, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a vehicle front bumper showing our new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a left side perspective view thereof, the right side being a mirror image thereof;
FIG. 4 is a top plan view thereof; and,
FIG. 5 is a bottom plan view thereof.
The broken lines shown in the drawings depict portions of the vehicle front bumper that form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D678,821 S | | 3/2013 | Ikeda et al. |
| D680,909 S | | 4/2013 | Munson et al. |
| D680,910 S | | 4/2013 | David |
| D684,899 S | | 6/2013 | Baker |
| D686,536 S | | 7/2013 | McCabe et al. |
| D686,546 S | * | 7/2013 | Fetherston ............... D12/169 |
| D692,798 S | | 11/2013 | Thurber |
| D692,799 S | | 11/2013 | Smith et al. |
| D696,157 S | | 12/2013 | Loeb |
| D699,629 S | | 2/2014 | Ikeda et al. |
| D700,871 S | | 3/2014 | O'Donnell et al. |
| D703,103 S | | 4/2014 | Lee |
| D704,103 S | | 5/2014 | Mack et al. |
| D705,132 S | | 5/2014 | Ware et al. |
| D705,699 S | | 5/2014 | Ware et al. |
| D713,298 S | | 9/2014 | Dyson |
| D713,764 S | | 9/2014 | Ferlazzo et al. |
| D716,696 S | | 11/2014 | Thole et al. |
| D716,706 S | | 11/2014 | Thole et al. |
| D716,709 S | | 11/2014 | Thole et al. |
| D717,696 S | | 11/2014 | Thole et al. |
| D718,189 S | | 11/2014 | Krieg et al. |
| D718,683 S | | 12/2014 | Thole et al. |
| D722,282 S | | 2/2015 | Loeb |
| D722,533 S | | 2/2015 | Thole et al. |
| D722,534 S | | 2/2015 | Munson et al. |
| D724,510 S | | 3/2015 | McMahan et al. |
| D725,001 S | | 3/2015 | McMahan et al. |
| D726,591 S | | 4/2015 | Jacob |
| D730,776 S | | 6/2015 | Smart |
| D730,783 S | | 6/2015 | Henriques et al. |
| D732,427 S | | 6/2015 | Loeb |
| D732,429 S | | 6/2015 | Loeb |
| D732,430 S | | 6/2015 | Loeb |
| D732,431 S | | 6/2015 | Loeb |
| D732,432 S | | 6/2015 | Aengenheyster |
| D732,433 S | | 6/2015 | Aengenheyster |
| D732,435 S | | 6/2015 | Mackay |
| D733,002 S | | 6/2015 | Loeb |
| D735,611 S | | 8/2015 | Aengenheyster |
| D735,627 S | | 8/2015 | Smith |
| D736,451 S | | 8/2015 | Smith |
| D739,306 S | | 9/2015 | McMahan et al. |
| D739,317 S | | 9/2015 | McMahan et al. |
| D741,223 S | | 10/2015 | Kim et al. |
| D743,309 S | | 11/2015 | Thole et al. |
| D743,313 S | | 11/2015 | Smith et al. |
| D743,314 S | | 11/2015 | Thole et al. |
| D743,857 S | | 11/2015 | McMahan et al. |
| D744,158 S | | 11/2015 | Willett et al. |
| D745,086 S | | 12/2015 | Finos et al. |
| D745,719 S | | 12/2015 | Boniface et al. |
| D745,725 S | | 12/2015 | McMahan et al. |
| D745,726 S | | 12/2015 | McMahan et al. |
| D745,837 S | | 12/2015 | Smith et al. |
| D746,726 S | | 1/2016 | Smith et al. |
| D746,727 S | | 1/2016 | Smith et al. |
| D746,728 S | | 1/2016 | Smith et al. |
| D746,729 S | | 1/2016 | Boniface et al. |
| D746,730 S | | 1/2016 | Kim et al. |
| D747,514 S | | 1/2016 | McMahan et al. |
| D747,515 S | | 1/2016 | McMahan et al. |
| D747,819 S | | 1/2016 | Thole et al. |
| D749,021 S | | 2/2016 | Boniface et al. |
| D749,026 S | | 2/2016 | Smith et al. |
| D749,027 S | | 2/2016 | McMahan et al. |
| D749,246 S | | 2/2016 | Thole et al. |
| D749,249 S | | 2/2016 | Thole et al. |
| D749,250 S | | 2/2016 | Thole et al. |
| D749,985 S | | 2/2016 | Kozub et al. |
| D749,997 S | | 2/2016 | McMahan et al. |
| D750,001 S | | 2/2016 | Thole et al. |
| D751,954 S | * | 3/2016 | Choey ............... D12/169 |
| D753,032 S | | 4/2016 | Smith et al. |
| D753,033 S | | 4/2016 | Thole et al. |
| D753,034 S | | 4/2016 | Thole et al. |
| D753,035 S | | 4/2016 | Boniface et al. |
| D753,559 S | | 4/2016 | McMahan et al. |
| D753,560 S | | 4/2016 | McMahan et al. |
| D753,561 S | * | 4/2016 | Iwauchi ............... D12/169 |
| D753,567 S | | 4/2016 | Boniface et al. |
| D754,571 S | | 4/2016 | Boniface et al. |
| D754,572 S | | 4/2016 | McMahan et al. |
| D755,088 S | | 5/2016 | McMahan et al. |
| D756,869 S | | 5/2016 | McMahan et al. |
| D758,271 S | | 6/2016 | McMahan et al. |
| D763,146 S | * | 8/2016 | Tsutamori ............... D12/169 |
| D764,975 S | | 8/2016 | Aengenheyster |
| D764,976 S | | 8/2016 | Aengenheyster |
| D767,449 S | | 9/2016 | Pevovar et al. |
| D767,450 S | | 9/2016 | Lee et al. |
| D767,451 S | | 9/2016 | Kozub et al. |
| D767,454 S | | 9/2016 | McMahan et al. |
| D767,458 S | | 9/2016 | Kim |
| D767,459 S | | 9/2016 | Kim |
| D767,460 S | | 9/2016 | Kozub et al. |
| D767,461 S | | 9/2016 | Kozub et al. |
| D771,528 S | | 11/2016 | Smith et al. |
| D771,529 S | | 11/2016 | Thole et al. |
| D771,532 S | | 11/2016 | Kapitonov |
| D771,533 S | | 11/2016 | Kapitonov |
| D772,766 S | | 11/2016 | Kozub et al. |
| D772,767 S | | 11/2016 | Kim |
| D773,084 S | | 11/2016 | Kapitonov |
| D773,086 S | | 11/2016 | McCabe et al. |
| D774,226 S | | 12/2016 | McCabe et al. |
| D775,003 S | | 12/2016 | Pevovar et al. |
| D775,007 S | | 12/2016 | Thole et al. |
| D775,010 S | | 12/2016 | Kim et al. |
| D775,049 S | | 12/2016 | Scheer et al. |
| D775,549 S | | 1/2017 | Karras |
| D775,554 S | | 1/2017 | Kapitonov |
| D776,020 S | | 1/2017 | Kapitonov |
| D776,581 S | | 1/2017 | Pevovar et al. |
| D776,583 S | | 1/2017 | Scheer et al. |
| D776,841 S | | 1/2017 | Kozub et al. |
| D776,843 S | | 1/2017 | McCabe et al. |
| D776,846 S | | 1/2017 | Willett et al. |
| D777,359 S | | 1/2017 | Kozub et al. |
| D777,360 S | | 1/2017 | Kozub et al. |
| D777,361 S | | 1/2017 | Kozub et al. |
| D777,604 S | | 1/2017 | McNerney |
| D777,605 S | | 1/2017 | Ferlazzo et al. |
| D777,620 S | | 1/2017 | Pevovar et al. |
| D777,621 S | | 1/2017 | Kim |
| D777,622 S | | 1/2017 | Kozub et al. |
| D777,628 S | | 1/2017 | Kozub et al. |
| D777,955 S | | 1/2017 | Willett et al. |
| D778,212 S | | 2/2017 | Kozub et al. |
| D778,215 S | | 2/2017 | Kozub et al. |
| D780,064 S | | 2/2017 | Smith et al. |
| D780,067 S | | 2/2017 | Zipfel et al. |
| D780,068 S | | 2/2017 | Whitla et al. |
| D780,077 S | | 2/2017 | Kim et al. |
| D780,081 S | | 2/2017 | Lee |
| D780,084 S | | 2/2017 | Scheer et al. |
| D780,631 S | | 3/2017 | Kozub et al. |
| D780,644 S | | 3/2017 | Kim et al. |
| D781,184 S | | 3/2017 | Thole et al. |
| D781,192 S | | 3/2017 | Kozub et al. |
| D782,379 S | | 3/2017 | Wassell |
| D783,482 S | | 4/2017 | Smith et al. |
| D784,213 S | | 4/2017 | Karras |
| D784,223 S | | 4/2017 | Lee |
| D784,226 S | | 4/2017 | Cheng |
| D784,579 S | | 4/2017 | Cheng et al. |
| D784,877 S | | 4/2017 | Lee |
| D784,886 S | | 4/2017 | Smith et al. |
| D785,521 S | | 5/2017 | Smith et al. |
| D786,149 S | * | 5/2017 | Pevovar ............... D12/169 |
| D813,734 S | * | 3/2018 | Nakamura ............... D12/169 |

* cited by examiner



FIG. 1



FIG. 2

FIG. 3



FIG. 4



FIG. 5