# EXHIBIT 14

| D826,114 | Quality Collision Infringing Products (2019-2020 Chevrolet Malibu Fascia) | Identifying Materials |
|---|---|---|
| FIG. 1<br>FIG. 2<br>FIG. 4 | | GM1000A37<br>F. BUMPER UPPER (P)(W/O S<br>Code:<br>PZ2059 |