# EXHIBIT 15

US00D800615S

(12) **United States Design Patent**
Park

(10) Patent No.: **US D800,615 S**
(45) Date of Patent: ** **Oct. 24, 2017**

(54) **FRONT BUMPER OF CAR**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventor: **Jinhyoung Park**, Incheon (KR)

(73) Assignee: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/572,465**

(22) Filed: **Jul. 28, 2016**

(30) **Foreign Application Priority Data**

Feb. 4, 2016 (KR) ........................ 30-2016-0005674

(51) **LOC (10) Cl.** ............................................... **12-16**
(52) **U.S. Cl.**
USPC ...................................................... **D12/169**
(58) **Field of Classification Search**
USPC .... D12/169, 216, 90–92, 86, 171, 196, 163; 293/102, 113, 115, 117, 120; 296/180.1, 296/180.2
CPC .......... B60R 19/02; B60R 19/04; B62D 25/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D733,624 | S | * | 7/2015 | Morikawa | D12/169 |
| D737,738 | S | * | 9/2015 | Nordmann | D12/169 |
| D738,270 | S | * | 9/2015 | Blanski | D12/169 |
| D750,000 | S | * | 2/2016 | Han | D12/169 |
| D760,631 | S | * | 7/2016 | Choi | D12/169 |
| D761,693 | S | * | 7/2016 | Lian | D12/91 |
| D770,950 | S | * | 11/2016 | Bucher | D12/169 |
| D784,867 | S | * | 4/2017 | Sahara | D12/169 |

* cited by examiner

*Primary Examiner* — Melody N Brown
(74) *Attorney, Agent, or Firm* — Browdy and Neimark, PLLC

(57) **CLAIM**

The ornamental design for a front bumper of car, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a front bumper of car showing my new design;
FIG. **2** is a front elevation view of the front bumper of car;
FIG. **3** is a rear elevation view of the front bumper of car;
FIG. **4** is a left side view of the front bumper of car;
FIG. **5** is a right side view of the front bumper of car;
FIG. **6** is a top plan view of the front bumper of car; and,
FIG. **7** is a bottom plan view of the front bumper of car.

**1 Claim, 7 Drawing Sheets**



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



**Fig. 6**



**U.S. Patent**        Oct. 24, 2017      Sheet 7 of 7          **US D800,615 S**

Fig. 7

