# EXHIBIT 17

US00D867939S

# (12) United States Design Patent
## Yong et al.

(10) Patent No.: **US D867,939 S**
(45) Date of Patent: ** **Nov. 26, 2019**

(54) **VEHICLE GRILLE BEZEL**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventors: **Sungjin A. Yong**, Incheon (KR); **Dongkyu D. Kim**, Incheon (KR); **Gyungwon Lee**, Incheon (KR)

(73) Assignee: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/679,936**

(22) Filed: **Feb. 12, 2019**

### Related U.S. Application Data

(62) Division of application No. 29/625,766, filed on Nov. 13, 2017, now Pat. No. Des. 850,987.

(51) **LOC (12) Cl.** .............................................. **12-16**
(52) **U.S. Cl.**
   USPC ....................................... **D12/163**
(58) **Field of Classification Search**
   USPC ...... D12/86, 90–92, 98, 163, 169, 171, 196, D12/216
   CPC ........... B62D 25/08; B62B 9/16; B60K 11/08; B60R 19/50; B60R 19/52
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D775,554 S | * | 1/2017 | Kapitonov | D12/163 |
| D795,760 S | * | 8/2017 | Kozub | D12/163 |
| D799,386 S | * | 10/2017 | Kozub | D12/163 |
| D807,240 S | * | 1/2018 | Perkins | D12/163 |
| D807,241 S | * | 1/2018 | Perkins | D12/163 |
| D811,269 S | * | 2/2018 | Thompson | D12/91 |
| D813,098 S | * | 3/2018 | Thompson | D12/92 |
| D813,731 S | | 3/2018 | McMahan | |
| D813,732 S | | 3/2018 | Whitla et al. | |
| D813,733 S | | 3/2018 | Lee | |
| D813,734 S | | 3/2018 | Nakamura | |
| D813,740 S | | 3/2018 | Park | |
| D813,741 S | | 3/2018 | Perkins | |
| D813,742 S | | 3/2018 | McMahan et al. | |
| D813,743 S | | 3/2018 | Lee | |
| D813,744 S | | 3/2018 | Whitla et al. | |
| D813,748 S | | 3/2018 | Kim | |
| D813,753 S | | 3/2018 | Loeb | |
| D813,754 S | | 3/2018 | Loeb | |
| D813,755 S | | 3/2018 | Loeb | |
| D813,756 S | | 3/2018 | Loeb | |
| D813,757 S | | 3/2018 | Kozub | |
| D813,758 S | | 3/2018 | Gonzales | |
| D813,759 S | | 3/2018 | Perkins | |
| D814,369 S | | 4/2018 | Loeb | |
| D814,982 S | | 4/2018 | Whitla et al. | |
| D814,983 S | | 4/2018 | Whitla et al. | |
| D815,570 S | | 4/2018 | McMahan et al. | |
| D815,572 S | | 4/2018 | Perkins | |
| D815,573 S | | 4/2018 | Whitla et al. | |
| D815,574 S | | 4/2018 | Mainville | |

(Continued)

*Primary Examiner* — Leanne Was-Englehart

(57) **CLAIM**

The ornamental design for a vehicle grille bezel, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a vehicle grille bezel, showing our new design;
FIG. 2 is a front thereof;
FIG. 3 is a side view thereof; and,
FIG. 4 is a top view thereof.
The broken lines in the drawings illustrate portions of the vehicle grille bezel that form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent | Date | Name | Class |
|---|---|---|---|
| D815,985 S | 4/2018 | Mueller | |
| D815,993 S | 4/2018 | Kozub et al. | |
| D815,994 S | 4/2018 | Nakamura | |
| D816,003 S | 4/2018 | Perkins | |
| D816,558 S | 5/2018 | McMahan et al. | |
| D816,559 S | 5/2018 | McMahan et al. | |
| D816,561 S | 5/2018 | McMahan | |
| D816,562 S | 5/2018 | Whitla et al. | |
| D816,563 S | 5/2018 | McMahan et al. | |
| D816,564 S | 5/2018 | Kim | |
| D816,565 S | 5/2018 | Kim | |
| D816,566 S | 5/2018 | Loeb | |
| D817,836 S | 5/2018 | McMahan et al. | |
| D818,156 S | 5/2018 | Kim et al. | |
| D818,157 S | 5/2018 | Zipfel et al. | |
| D818,158 S | 5/2018 | Zipfel et al. | |
| D818,159 S | 5/2018 | Zipfel et al. | |
| D818,160 S | 5/2018 | Perkins | |
| D818,406 S | 5/2018 | McMahan et al. | |
| D818,876 S | 5/2018 | Whitla et al. | |
| D818,877 S | 5/2018 | Nakamura et al. | |
| D818,878 S * | 5/2018 | McMahan | D12/91 |
| D818,892 S | 5/2018 | Lee | |
| D818,893 S | 5/2018 | Kim | |
| D818,903 S | 5/2018 | Zipfel et al. | |
| D818,906 S | 5/2018 | McMahan | |
| D818,907 S | 5/2018 | Whitla et al. | |
| D818,915 S | 5/2018 | Kozub et al. | |
| D818,922 S | 5/2018 | Whitla et al. | |
| D819,505 S * | 6/2018 | McMahan | D12/163 |
| D819,519 S | 6/2018 | Whitla et al. | |
| D821,617 S | 6/2018 | Perkins | |
| D822,550 S | 7/2018 | Wassell et al. | |
| D822,551 S | 7/2018 | McMahan et al. | |
| D823,188 S | 7/2018 | Loeb | |
| D823,738 S * | 7/2018 | Kim | D12/163 |
| D823,741 S | 7/2018 | Kim | |
| D823,762 S | 7/2018 | Loeb | |
| D823,763 S | 7/2018 | Koo et al. | |
| D824,811 S | 8/2018 | Mainville | |
| D824,812 S | 8/2018 | Loeb | |
| D824,824 S | 8/2018 | Kim | |
| D824,825 S | 8/2018 | Loeb | |
| D825,083 S | 8/2018 | Perkins | |
| D825,388 S | 8/2018 | Karras et al. | |
| D825,403 S | 8/2018 | Whitla et al. | |
| D826,114 S | 8/2018 | Smith et al. | |
| D826,435 S | 8/2018 | Kim | |
| D826,803 S | 8/2018 | Smith et al. | |
| D827,506 S * | 9/2018 | McMahan | D12/163 |
| D827,508 S | 9/2018 | Whitla et al. | |
| D827,510 S | 9/2018 | Kim | |
| D827,527 S | 9/2018 | Loeb | |
| D828,246 S | 9/2018 | Loeb | |
| D828,261 S | 9/2018 | Moffett et al. | |
| D828,935 S | 9/2018 | Hochmuth | |
| D829,622 S | 10/2018 | Jacob | |
| D830,241 S | 10/2018 | Kozub | |
| D830,242 S | 10/2018 | Zipfel | |
| D830,252 S | 10/2018 | Swanseger | |
| D830,258 S | 10/2018 | McMahan et al. | |
| D830,261 S | 10/2018 | Jacob | |
| D830,589 S | 10/2018 | Henriques | |
| D832,752 S | 11/2018 | Lee | |
| D835,003 S * | 12/2018 | Thompson | D12/91 |
| D835,012 S * | 12/2018 | Smith | D12/163 |
| D836,502 S * | 12/2018 | Koo | D12/163 |
| D850,987 S * | 6/2019 | Yong | D12/163 |
| D853,902 S * | 7/2019 | Messale | D12/163 |
| D853,903 S * | 7/2019 | Loeb | D12/163 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4