# EXHIBIT 19

US00D777622S

(12) **United States Design Patent** (10) Patent No.: **US D777,622 S**
Kozub et al. (45) Date of Patent: ** **Jan. 31, 2017**

(54) **VEHICLE HOOD**

(71) Applicant: **GM GLOBAL TECHNOLOGY OPERATIONS LLC**, Detroit, MI (US)

(72) Inventors: **Timothy P. Kozub**, Troy, MI (US); **Stuart Cooper**, Bloomfield Hills, MI (US); **Jonghyuk Park**, Troy, MI (US)

(73) Assignee: **GM Global Technology Operations LLC**, Detroit, MI (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/543,409**

(22) Filed: **Oct. 23, 2015**

(51) **LOC (10) Cl.** .............................................. **12-16**
(52) **U.S. Cl.**
USPC ........................................................ **D12/173**
(58) **Field of Classification Search**
USPC .. D12/173, 196, 86, 90–92, 181; 180/69.21, 180/69.2, 69.22; 296/190.1–190.5, 296/190.8, 193.11, 37.6
CPC ......... B62D 25/10; B62D 25/06; B62D 65/02; B62D 25/12; B60Q 1/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D570,742 S | 6/2008 | Takagi et al. | |
| D592,105 S | 5/2009 | Dean et al. | |
| D597,447 S | 8/2009 | Folden | |
| D600,595 S | 9/2009 | Nakamura et al. | |
| D601,925 S | 10/2009 | O'Donnell | |
| D603,755 S | 11/2009 | Peters | |
| D604,203 S | 11/2009 | O'Donnell | |
| D605,082 S | 12/2009 | Munson | |
| D605,083 S | 12/2009 | Manoogian, II et al. | |
| D605,977 S | 12/2009 | Zipfel et al. | |
| D605,978 S | 12/2009 | Wolff et al. | |
| D608,249 S | 1/2010 | Peters | |
| D608,690 S | 1/2010 | Folden et al. | |
| D608,691 S | 1/2010 | Zak, Jr. et al. | |
| D609,608 S | 2/2010 | Boniface et al. | |
| D611,387 S | 3/2010 | Thompson et al. | |
| D611,879 S | 3/2010 | Kim et al. | |
| D612,297 S | 3/2010 | Peters et al. | |
| D613,645 S | 4/2010 | Song et al. | |
| D615,458 S | 5/2010 | Thompson et al. | |
| D618,595 S | 6/2010 | Ware et al. | |
| D623,090 S | 9/2010 | Cox et al. | |
| D627,262 S | 11/2010 | Ikeda et al. | |
| D635,488 S | 4/2011 | Phipps | |
| D644,147 S | 8/2011 | Suh et al. | |
| D644,567 S | 9/2011 | Kozub | |
| D657,718 S | 4/2012 | Zipfel et al. | |
| D659,052 S | 5/2012 | Ware et al. | |
| D659,053 S | 5/2012 | Ware et al. | |
| D668,182 S | 10/2012 | Barba Franco et al. | |
| D668,183 S | 10/2012 | Smart | |
| D678,820 S | 3/2013 | Son et al. | |
| D678,821 S | 3/2013 | Ikeda et al. | |
| D679,227 S * | 4/2013 | Schmeckpeper | ............ D12/173 |

(Continued)

*Primary Examiner* — Melody N Brown
(74) *Attorney, Agent, or Firm* — Reising Ethington P.C.

(57) **CLAIM**

The ornamental design for a vehicle hood, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the vehicle hood;
FIG. **2** is a top plan view thereof;
FIG. **3** is a left side elevation view thereof (where the right side elevation view is omitted because the right side elevation view is identical to the left side elevation view); and,
FIG. **4** is a front view thereof.

**1 Claim, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent | Date | Inventor | Class |
|---|---|---|---|
| D680,909 S | 4/2013 | Munson et al. | |
| D680,910 S | 4/2013 | David | |
| D684,899 S | 6/2013 | Baker | |
| D686,536 S | 7/2013 | McCabe et al. | |
| D691,931 S * | 10/2013 | Song | D12/173 |
| D692,798 S | 11/2013 | Thurber | |
| D692,799 S | 11/2013 | Smith et al. | |
| D696,157 S | 12/2013 | Loeb | |
| D699,629 S | 2/2014 | Ikeda et al. | |
| D700,871 S | 3/2014 | O'Donnell et al. | |
| D703,103 S | 4/2014 | Lee | |
| D704,103 S | 5/2014 | Mack et al. | |
| D705,132 S | 5/2014 | Ware et al. | |
| D705,699 S | 5/2014 | Ware et al. | |
| D709,005 S * | 7/2014 | Koizumi | D12/173 |
| D713,298 S | 9/2014 | Dyson | |
| D713,764 S | 9/2014 | Ferlazzo et al. | |
| D716,696 S | 11/2014 | Thole et al. | |
| D716,706 S | 11/2014 | Thole et al. | |
| D716,709 S | 11/2014 | Thole et al. | |
| D717,696 S | 11/2014 | Thole et al. | |
| D718,189 S | 11/2014 | Krieg et al. | |
| D718,683 S | 12/2014 | Thole et al. | |
| D722,282 S | 2/2015 | Loeb | |
| D722,533 S | 2/2015 | Thole et al. | |
| D722,534 S | 2/2015 | Munson et al. | |
| D724,510 S | 3/2015 | McMahan et al. | |
| D725,001 S | 3/2015 | McMahan et al. | |
| D726,591 S | 4/2015 | Jacob | |
| D730,776 S | 6/2015 | Smart | |
| D730,783 S | 6/2015 | Henriques et al. | |
| D732,427 S | 6/2015 | Loeb | |
| D732,429 S | 6/2015 | Loeb | |
| D732,430 S | 6/2015 | Loeb | |
| D732,431 S | 6/2015 | Loeb | |
| D732,432 S | 6/2015 | Aengenheyster | |
| D732,433 S | 6/2015 | Aengenheyster | |
| D732,435 S | 6/2015 | Mackay | |
| D733,002 S | 6/2015 | Loeb | |
| D735,611 S | 8/2015 | Aengenheyster | |
| D735,626 S * | 8/2015 | Blanski | D12/173 |
| D735,627 S | 8/2015 | Smith | |
| D736,451 S | 8/2015 | Smith | |
| D737,743 S * | 9/2015 | Duff | D12/173 |
| D739,306 S | 9/2015 | McMahan et al. | |
| D739,317 S | 9/2015 | McMahan et al. | |
| D741,223 S | 10/2015 | Kim et al. | |

* cited by examiner



Fig.1



Fig.2



Fig.3



Fig.4