# EXHIBIT 21





## WHY CHOOSE US?

**Great Service And Quality Aftermarket Auto Body Parts For Our Metro Detroit Customers**

Our friendly, experienced auto body part representatives will help find you the right auto body part to move your repair process much quicker.

We carry the highest quality auto body parts to provide high-quality service and quick turnaround so that the collision shops or dealerships your vehicle is at doesn't take any longer then needed to finish your vehicle.

We also can recommend facilities that use our parts and have no problem with you buying your own parts for your repairs so that you can save money in the metro Detroit area.

**About Our Dedication To Our Michigan Customers On Aftermarket Auto Body Parts**

Quality Automotive Parts distributes aftermarket auto body parts to collision shops, dealerships, mechanic shops, and walk in customers. We want to leave it up to the choice of our Michigan customers on where they choose to get there vehicle repaired or if they they just want to do it themselves. Quality Automotive Parts understands that auto body parts can be very expensive and being the leading wholesale aftermarket auto body part distributor we have also preferred collision

**Great Quality Auto Body Parts**

Our representatives are certified in all minor and major auto body repairs. Quality Automotive Parts will help you get the right auto body part you are looking for. This is why we are rated one of Michigan's top quality auto body part distributor. We have received awards back to back for our customer service and quality auto body parts. We use the same auto body part that your auto insurance provider will recommend the auto body shops to use.

**Leave it to Us**

Let us help you on getting the right auto body part for your vehicle. Rely on our knowledge and many years of experience to guide you on what would be a good product to put on your vehicle. Many companies wont take the time to sit and help you figure out what you

2





### Vehicles We Carry Aftermarket Auto Body Parts For

Acura, Audi, BMW, Cadillac, Chevrolet, Chrysler, Dodge, Fiat, Ford, General Motors (GM), Honda, Hyundai, Infiniti, Isuzu, Jaguar, Jeep, KIA, Land Rover, Lexus, Lincoln, Mazda, Mercedes-Benz, MINI, Mitsubishi, Nissan, Pontiac, Porsche, Saturn, Smart, Subaru, Suzuki, Toyota, Volkswagen, Volvo

### Aftermarket Auto Body Parts We Carry

- **Front & Rear Aftermarket Bumper Absorber**
- **Front & Rear Aftermarket Bumpers Cover**
- **Aftermarket Center Grilles**
- **Aftermarket Head Light, Aftermarket Tail Light, Aftermarket Fog Lamp, Aftermarket Reflectors**
- **Aftermarket Radiator**
- **Aftermarket Radiator Support**

4



- **Front & Rear Aftermarket Bumpers Cover**
- **Aftermarket Center Grilles**
- **Aftermarket Head Light, Aftermarket Tail Light, Aftermarket Fog Lamp, Aftermarket Reflectors**
- **Aftermarket Radiator**
- **Aftermarket Radiator Support**
- **Aftermarket Condensers**
- **Front & Rear Aftermarket Reinforcement Bars**
- **Aftermarket Hood**
- **Aftermarket Fender, Valance, Fender Liner, and More**
- **Aftermarket Mirrors**

We service aftermarket auto body parts to residents in these cities: Auburn Hills, Allen Park, Berkley, Beverly Hills, Birmingham, Bloomfield Hills, Center Line, Chesterfield, Clarkston, Clawson, Dearborn Heights, Detroit, Eastpointe, Farmington, Ferndale, Franklin, Grosse Pointe, Hazel Park, Huntington Wood, Livonia, Macomb, Madison Heights, Mount Clemens, Novi, Oak Park, Rochester, Roseville, Royal Oak, Southfield, Southgate, Sterling Heights, Troy, Utica, Walled Lake, Warren, West Bloomfield, Wixom, Woodhaven.

Copyright ©Quality Automotive Parts





Body Parts in stock.

## General Motors (GM)  Aftermarket Auto Body Parts

Quality Automotive Parts knows how frustrating it must be to locate the aftermarket General Motors (GM) auto body part you are looking for. You have been going to shop after shop and all of them are charging you really similar and you dont know what to do or how to save money. When you go to a collision shop or General Motors (GM) dealership grab the estimate and give us a call and let us try to save you money on your General Motors (GM) auto body parts. We know everyone is very busy now and days. Time is money, you can be doing other useful things with your time, and that's why Quality Automotive Parts aftermarket General Motors (GM) is the best choice for your collision repairs. Our aftermarket General Motors (GM) auto body parts are designed and built to fit the exact specifications of your General Motors (GM) vehicle you are repairing. Which not only it save you time but also a lot of money.

We have asked many people in Michigan, what you wish to see when you are repairing your vehicle. They all answered the same thing and that was to save money and honesty.  They wanted to go to a place they trust and not get ripped off. We understand that all Michiganders work hard for their money. It's not easy just hand it away for something that you can get it much cheaper somewhere else. Most collision shops and General Motors (GM) dealerships know are really knowledgeable about car accidents and the costs of repairs. When they see that the prices begin to get up there. Everyone talks about auto body repair being very expensive and as being in the automotive industry, it really doesn't have to be. Quality Automotive Parts provides thousands of aftermarket General Motors (GM) auto body parts for very low prices. Not only will you receive these aftermarket General Motors (GM) auto body parts for

## General Motors (GM) Aftermarket Auto Body Parts We Carry

- Aftermarket GM Mirrors
- Aftermarket GM Door Handles
- Aftermarket GM Windshields
- Aftermarket GM Grilles
- Aftermarket GM Hoods
- Aftermarket GM Fenders
- Aftermarket GM Headlights
- Aftermarket GM Taillights
- Aftermarket GM Condensers
- Aftermarket GM Radiators
- Aftermarket GM Reinforcement Bars
- Aftermarket GM Absorbers
- Aftermarket GM Fan Shrouds
- Aftermarket GM Upper Tie Bars
- Aftermarket GM Radiator Support
- Aftermarket GM Headlight Mounting Panels
- Aftermarket GM Hood Hinges
- Aftermarket GM Windshield Washer Bottle
- Aftermarket GM Fog Lamp
- Aftermarket GM License Plate Bracket
- Aftermarket GM Bumper Mounting Bracket
- Aftermarket GM Front Lower Valance
- Aftermarket GM Undercar Shield
- Aftermarket GM Engine Under Cover



there. Everyone talks about auto body repair being very expensive and as being in the automotive industry, it really doesn't have to be. Quality Automotive Parts provides thousands of aftermarket General Motors (GM) auto body parts for very low prices. Not only will you receive these aftermarket General Motors (GM) auto body parts for at such a low cost but you will be getting great quality.

General Motors (GM) was founded in in September 16, 1908 in Flint, Michigan William Billy Durant.  General Motors (GM) held the Buick Motor company and also more than 20 other companies such as Cadillac, Chevrolet, and Oakland which today it is known as Pontiac.



- Aftermarket GM License Plate Bracket
- **Aftermarket GM Bumper Mounting Bracket**
- **Aftermarket GM Front Lower Valance**
- **Aftermarket GM Undercar Shield**
- **Aftermarket GM Engine Under Cover**
- **Aftermarket GM Marker Lights**
- **Aftermarket GM Reflectors**
- **Aftermarket GM Signal Lamps**
- **Aftermarket GM Grille Mounting Panel**
- **Aftermarket GM Upper, Center & Lower Grille Moldings**
- **Aftermarket GM Radiator Fan Assembly**
- **Aftermarket GM Fender Liners**
- **Aftermarket GM Wheels**
- **Aftermarket GM Window Regulators**
- **Aftermarket GM Rocker Panels**
- **Aftermarket GM Door Handles**
- **Aftermarket GM Radiators**

## General Motors (GM) Vehicles We Supply Aftermarket Auto Body Parts For

### Chevrolet

- **Chevrolet Camaro**
- **Chevrolet Corvette**
- **Chevrolet Cruze**
- **Chevrolet Impala**
- **Chevrolet Malibu**
- **Chevrolet Sonic**
- **Chevrolet Spark**





### Delivery On Your General Motor (GM) Aftermarket Auto Body Part

Quality Automotive Parts delivers to the entire Metro Detroit in Michigan. Our standard delivery time is next day. We do not charge delivery per item like most auto body part distributors do. If you order you aftermarket General Motors (GM) auto body part today and then order another aftermarket General Motors (GM) auto body part next week, those are different orders. All aftermarket General Motors (GM) auto body parts are checked before being delivered to any collision shop or dealership. Once they arrive, they are checked again with the technician. This is to assure us and the customer that the aftermarket General Motors (GM) auto body part does not have any damages. Our drivers are certified collision experts as well. If you have any questions about your General Motors (GM) you can feel free to ask them. This is how guarantee how our 100% customer satisfaction. If you have any returns, our drivers will come and pick up the aftermarket General Motors (GM) auto body part. We make it very convenient for all of our Metro Detroit customers so they don't have to worry about anything. There is a 25% restocking fee if the General Motor aftermarket auto body part is returned for any reason besides being defective. All aftermarket General Motors (GM) auto body parts must have a receipt provided with every return. The General Motors (GM) aftermarket

- **GMC Sierra 1500 Hybrid**
- **GMC Sierra 2500 HD**
- **GMC Sierra 2500 HD Denali**
- **GMC Sierra 3500 HD**
- **GMC Sierra 3500 HD Denali**
- **GMC Canyon**
- **GMC Acadia**
- **GMC Acadia Denali**
- **GMC Terrain**
- **GMC Terrain Denali**
- **GMC Yukon**
- **GMC Yukon Denali**
- **GMC Yukon Hybrid**
- **GMC Yukon Denali Hybrid**
- **GMC Yukon XL**
- **GMC Yukon XL Denali**
- **GMC Savana Cargo**
- **GMC Savana Passenger**

### Cadillac

- **Cadillac CTS Coupe**
- **Cadillac CTS-V Coupe**
- **Cadillac ATS Sedan**
- **Cadillac XTS Sedan**
- **Cadillac CTS Sport Sedan**
- **Cadillac CTS-V Sedan**
- **Cadillac CTS Wagon**
- **Cadillac CTS-V Wagon**



our Metro Detroit customers so they don't have to worry about anything. There is a 25% restocking fee if the General Motor aftermarket auto body part is returned for any reason besides being defective. All aftermarket General Motors (GM) auto body parts must have a receipt provided with every return. The General Motors (GM) aftermarket auto body part must be in same packaging and cannot be used or scuffed. If you any questions feel free to give us a call we are available anytime of the day. Accidents happen all sorts of hours of the day and we want to be sure we are there for our Metro Detroit Customers. You can return your General Motors (GM) aftermarket auto body part 7 days after the General Motors (GM) aftermarket auto body part has arrived to your home

- **Cadillac CTS Sport Sedan**
- **Cadillac CTS-V Sedan**
- **Cadillac CTS Wagon**
- **Cadillac CTS-V Wagon**
- **Cadillac SRX Crossover**
- **Cadillac Escalade**
- **Cadillac Escalade ESV**
- **Cadillac Escalade EXT**
- **Cadillac Escalade Hybrid**

## How Warranties Work With General Motors (GM) Collision Shops and Dealerships

Some General Motors (GM) collision shops and General Motors (GM) dealerships will not warranty your General Motors (GM) aftermarket auto body part for you because you did not purchase it from them. They will tell you that they will do the work for you but they will not warranty anything. This is when you grab General Motors (GM) aftermarket auto body part and go somewhere else or give us a call so we can refer you to one of our preferred locations. The reason why they won't



some General Motors (GM) collision shops and General Motors (GM) dealerships will not warranty your General Motors (GM) aftermarket auto body part for you because you did not purchase it from them. They will tell you that they will do the work for you but they will not warranty anything. This is when you grab General Motors (GM) aftermarket auto body part and go somewhere else or give us a call so we can refer you to one of our preferred locations. The reason why they won't warranty your General Motors (GM) aftermarket auto body part is because you took away the chance for them to up-charge you by three, four, or even five times more. They will tell you things like it's not going to fit right or just any old excuse so that you can purchase it from them. Don't let them fool you. These are the same exact aftermarket auto body parts that General Motors (GM) would put on your vehicle if you were not to purchase OEM. These General Motors (GM) aftermarket auto body parts are used by all the insurance companies and they prefer these General Motors (GM) aftermarket auto body parts than anything else. The reason is they fit great. No problems at all. We will refer you to one of our preferred locations and they will match the estimate for you. We stand behind our product 100%. If you have any questions regarding your General Motors (GM) aftermarket auto body part just give us a call.

### General Motors (GM) Aftermarket Auto Body Parts, MI We Carry



- Front & Rear Aftermarket Bumper Absorber
- Front & Rear Aftermarket Bumpers Cover
- Aftermarket Center Grilles
- Aftermarket Head Light, Aftermarket Tail Light, Aftermarket Fog Lamp, Aftermarket Reflectors
- Aftermarket Radiator
- Aftermarket Radiator Support
- Aftermarket Condensers
- Front & Rear Aftermarket Reinforcement Bars
- Aftermarket Hood
- Aftermarket Fender, Valance, Fender Liner, and More
- Aftermarket Mirrors

qualityautomotivepart.com/general-motors--gm-.html

### General Motors (GM) Aftermarket Auto Body Parts, MI We Carry



- Front & Rear Aftermarket Bumper Absorber
- Front & Rear Aftermarket Bumpers Cover
- Aftermarket Center Grilles
- Aftermarket Head Light, Aftermarket Tail Light, Aftermarket Fog Lamp, Aftermarket Reflectors
- Aftermarket Radiator
- Aftermarket Radiator Support
- Aftermarket Condensers
- Front & Rear Aftermarket Reinforcement Bars
- Aftermarket Hood
- Aftermarket Fender, Valance, Fender Liner, and More
- Aftermarket Mirrors

Quality Automotive Parts Delivers General Motors (GM) Aftermarket Auto Body Parts To These Cities: Auburn Hills, Allen Park, Berkley, Beverly Hills, Birmingham, Bloomfield Hills, Center Line, Chesterfield, Clarkston, Clawson, Dearborn Heights, Detroit, Eastpointe Farmington, Ferndale, Franklin, Grosse Pointe, Hazel Park, Huntington Woods, Livonia, Macomb, Madison Heights Mount Clemens, Novi, Oak Park, Orchard Lake, Rochester, Royal Oak, Southfield, Southgate, Sterling Heights, Troy, Utica, Walled Lake, Warren, West Bloomfield, Wixom, Woodhaven.



qualityautomotivepart.com/chevrolet.html

## Chevrolet Aftermarket Auto Body Parts

Chevrolet has been manufacturing great vehicles since 1911. Chevrolet continues to offer great quality vehicles that are assembled with the highest quality safety features, state of the art technology, and we'll built Chevrolet parts that owners and other car manufacturers have come to rely on. Chevrolet has spent years of experimenting safety, quality, and the look of the Chevrolet models. Chevrolet has always met the satisfaction of consumers and still going strong today. Chevrolet parts are made with high quality parts.

When Louis Chevrolet released several models he began challenging Henry Ford Model T and other succeeding models. Ever since then Chevrolet had become a common term used among Americans. It was sold as perfect vehicle to consumers for the reason of it being combined with luxury and utility. Chevrolet has become one of the renowned vehicle in the car world and owning a Chevrolet means owning a high quality and performance car. Chevrolet had its ups and downs and went through a few adjustments but still till this day Chevrolet consumers are in love with its unique look. All Chevrolet vehicles got the perfect combination of powerful performance, striking exterior appeals and luxurious interior features. Several Chevrolet models became popular names in the automotive world. These are Chevrolet 210, Chevrolet Astro, Chevrolet Avalanche, Chevrolet Aveo, Chevrolet Bel Air, Chevrolet Biscayne, Chevrolet Blazer, Chevrolet Brookwood, Chevrolet Camaro, Chevrolet Caprice, Chevrolet Chevelle, Chevrolet Chevette, Chevrolet Citation, Chevrolet Corvair, Chevrolet Corvette, Chevrolet Del Ray, Chevrolet El Camino, Chevrolet Impala, Chevrolet Malibu, Chevrolet Monza, Chevrolet Nova, Chevrolet Sprint, Chevrolet Suburban, Chevrolet S-10, Chevrolet Vega and many others. Chevrolet cars are equipped with great quality auto body parts that complete the whole of this car. Chevrolet models are unique in many ways, for sure it will take you time to find for your parts, but with our variety of aftermarket Chevrolet auto body parts you will have no choice but to find what you are looking for and at the same time save money.

Did you just damage your Chevrolet vehicle? Are auto body parts just too expensive? Don't worry. With our aftermarket Chevrolet auto body parts we have

## Chevrolet Aftermarket Auto Body Parts We Carry

- Aftermarket Chevrolet  Mirrors
- Aftermarket Chevrolet  Door Handles
- Aftermarket Chevrolet  Windshields
- Aftermarket Chevrolet  Grilles
- Aftermarket Chevrolet  Hoods
- Aftermarket Chevrolet  Fenders
- Aftermarket Chevrolet  Headlights
- Aftermarket Chevrolet  Taillights
- Aftermarket Chevrolet  Condensers
- Aftermarket Chevrolet  Radiators
- Aftermarket Chevrolet  Reinforcement Bars
- Aftermarket Chevrolet  Absorbers
- Aftermarket Chevrolet  Fan Shrouds
- Aftermarket Chevrolet  Upper Tie Bars
- Aftermarket Chevrolet  Radiator Support
- Aftermarket Chevrolet  Headlight Mounting Panels
- Aftermarket Chevrolet  Hood Hinges
- Aftermarket Chevrolet  Windshield Washer Bottle
- Aftermarket Chevrolet  Fog Lamp
- Aftermarket Chevrolet  License Plate Bracket
- Aftermarket Chevrolet  Bumper Mounting Bracket
- Aftermarket Chevrolet  Front Lower Valance
- Aftermarket Chevrolet  Undercar Shield
- Aftermarket Chevrolet  Engine Under Cover
- Aftermarket Chevrolet  Marker Lights
- Aftermarket Chevrolet  Reflectors
- Aftermarket Chevrolet  Signal Lamps
- Aftermarket Chevrolet  Grille Mounting Panel
- Aftermarket Chevrolet  Upper, Center & Lower Grille Moldings
- Aftermarket Chevrolet  Radiator Fan Assembly
- Aftermarket Chevrolet  Fender Liners
- Aftermarket Chevrolet  Wheels
- Aftermarket Chevrolet  Window Regulators



← → C    🔒 qualityautomotivepart.com/chevrolet.html

aftermarket Chevrolet auto body parts you will have no choice but to find what you are looking for and at the same time save money.

Did you just damage your Chevrolet vehicle? Are auto body parts just too expensive? Don't worry. With our aftermarket Chevrolet auto body parts we have made it very affordable for consumers to fix their vehicle. Why spend all this money on OEM Chevrolet  auto body parts. Aftermarket Chevrolet auto body parts fit the same exact way. Chevrolet aftermarket auto body parts have been serving the best alternative for all auto body replacement parts. We carry a variety of of aftermarket Chevrolet auto body parts and with our great selection you can reassure that we will have what you need. Quality Automotive Parts carries every part for all Chevrolet years, makes and models, cars, and trucks. Aftermarket auto body parts need to fit perfect for every Chevrolet model. Quality Automotive Parts provides perfect fit parts for Chevrolet and so as with other makes and models. When you give us a call we will help locate the exact part you need so that we can make your life much easier. All aftermarket Chevrolet auto body parts differ in prices, but you can count on that you will be receiving a better deal than anywhere else.

- Aftermarket Chevrolet  Upper, Center & Lower Grille Moldings
- Aftermarket Chevrolet  Radiator Fan Assembly
- Aftermarket Chevrolet  Fender Liners
- Aftermarket Chevrolet  Window Regulators
- Aftermarket Chevrolet  Rocker Panels
- Aftermarket Chevrolet  Door Handles
- Aftermarket Chevrolet  Radiators





### The Difference between Aftermarket Auto Body Parts & OEM

There is no difference in aftermarket Chevrolet auto body parts from OEM. They fit the exact same way. We have been selling aftermarket Chevrolet auto body parts for many years. All of our aftermarket Chevrolet auto body parts fit great.

### Chevrolet Vehicles We Carry Aftermarket Auto Body Parts For

- Chevrolet Subcompact
- Chevrolet Agile (2009–present
- Chevrolet Aveo (2002–present)
- Chevrolet Celta (2000–present)
- Chevrolet Classic (Brazilian and Argentinian version of the Opel Corsa) (2005–present for Brazil and 2010-present for



qualityautomotivepart.com/chevrolet.html

**Body Parts & OEM**

There is no difference in aftermarket Chevrolet auto body parts from OEM. They fit the exact same way. We have been selling aftermarket Chevrolet auto body parts for many years. All of our aftermarket Chevrolet auto body parts fit great. When you go to a collision shop or a Chevrolet dealership, they are going to sell you the same exact part. A lot of dealerships and collision shops purchase their aftermarket Chevrolet auto body parts from us. If you ever get into a collision and then have to notify your insurance company, you will see that the insurance companies put these certified aftermarket Chevrolet auto body parts on your vehicles. Insurance companies call us every day for prices when they are writing estimates for their insureds. You don't have to break your pocket for the same auto body part.

## Warranties with Collision Shops & Chevrolet Dealerships

We all know the scam they try to sell you on with the warranties. If you do not purchase the part from them, then you lose your warranty on the paint and installation. Well this is why they won't warranty it for you, this is because they are charging you 2, 3 or 4 times the price of the aftermarket Chevrolet auto body part. Which pays for the work 3 times. So if they have a problem they are still covered.  Collision shops and Chevrolet dealerships buy the same exact aftermarket Chevrolet auto body part. We know because we sell to them.  If a collision shop or Chevrolet dealership gives you problems about your warranty, just give us a call, we have a variety of proffered collision shops that will be more than happy to warranty the work for you. Our Chevrolet aftermarket auto body parts are rated great quality and should fit your vehicle with no problem. When someone says they won't warranty your work, just take your vehicle elsewhere because more than likely the part will not match or why else would they even have that problem. Do they not want to help their customers save a little bit of money? Quality Automotive Parts is a company that is here for the general public. We want to provide our consumers with the highest quality and affordable aftermarket Chevrolet auto body parts. You can call us at any time.

- Chevrolet Agile (2009–present)
- Chevrolet Aveo (2002–present)
- Chevrolet Celta (2000–present)
- Chevrolet Classic (Brazilian and Argentinian version of the Opel Corsa) (2005–present for Brazil and 2010–present for Argentina)
- Chevrolet Lova (2005–present)
- Chevrolet Lanos (2005–present)
- Chevrolet Onix (2012–present)
- Chevrolet Prisma (2007–present)
- Chevrolet Sail (2005–present)
- Chevrolet Sonic (2012–present)
- Chevrolet Spark (2012–present for US and Canada, 2007–present for the Philippines, 2010–present for Pakistan, 2005–present for Argentina, and unknown for the Dominican Republic, Ecuador, El Salvador, Honduras, Costa Rica, Panama, Uruguay, and Venezuela)
- Chevrolet Cobalt (2005–2010)
- Chevrolet Compact
- Chevrolet Cruze (compact) (2008–present)
- Chevrolet Lacetti (2005-2008 for Europe, 2008–present for the UK, 2007–present for Russia and 2004–present for Colombia)
- Chevrolet Volt (2011–present)
- Chevrolet Mid-size
- Malibu (1997–present)
- Chevrolet Full-size
- Chevrolet Caprice (Middle East) (1999–present)
- Chevrolet Caprice (law enforcement) (2011–present)
- Chevrolet Impala (2000–present)
- Chevrolet Lumina (1990–2001 for North America and 1998–present for the Middle East and South Africa)
- Chevrolet SS (2013–present, United States only)
- Chevrolet Sports car
- Chevrolet Corvette (1953–present)
- Chevrolet Pony car/muscle car
- Chevrolet Camaro (2010–present)

17



Chevrolet Sports car
Chevrolet Corvette (1953–present)
Chevrolet Pony car/muscle car
Chevrolet Camaro (2010–present)
Chevrolet MPVs
Chevrolet Orlando (2010–present)
Chevrolet Spin (2012–present)
Chevrolet Tavera (1998–present)
Chevrolet SUVs/crossovers
Chevrolet Captiva (2006–present)
Chevrolet Captiva Sport (2006–present for Colombia, Mexico, Brazil, and Uruguay, and 2012–present for US fleet buyers)
Chevrolet Niva (1998–present)
Chevrolet Equinox (2005–present)
Chevrolet Grand Blazer (2012–present)
Chevrolet Suburban (1935–present)
Chevrolet Tahoe (1995–present)
Chevrolet Tracker (1998-2004 for US and Canada, 2004-2007 for Argentina, 1998-present for Ecuador, and 1998-2008 for Mexico)
Chevrolet Traverse 2009–present
Chevrolet TrailBlazer (2002–2009 for the US and 2004-present for Russia)
Chevrolet Trax (2013–present)
Chevrolet Trucks/vans
Chevrolet Colorado (2004–present)
Chevrolet Express (1996–present)
Chevrolet Montana (2003–present)
Chevrolet N200 (2008–present)
Chevrolet Silverado (1999–present)
Chevrolet Tornado (2004–present)

## Chevrolet Aftermarket Auto Body Part Delivery

Quality Automotive Parts delivers to the entire Metro Detroit in Michigan. Our standard delivery time is next day. We do not charge delivery per item like most auto body part distributors do. If you order you aftermarket Chevrolet auto body part today and then order another aftermarket Chevrolet auto body part next week, those are different orders. All aftermarket Chevrolet auto body parts are checked before being delivered to your home. Once they arrive at your home they are checked again with the customer. This is to assure us and the customer that the aftermarket Chevrolet auto body part has no damages. Our drivers are certified collision experts as well. If you have any questions about your Chevrolet you can feel free to ask them. This is how guarantee how our 100% customer satisfaction. If you have any returns, our drivers will come to your home and pick up the aftermarket Chevrolet auto body part. We make it very convenient for all of our Metro Detroit customers so they don't have to worry about anything. There is a 25% restocking fee. All aftermarket Chevrolet auto body parts must have a receipt provided with every return. The Chevrolet aftermarket auto body part must be in same packaging and cannot be used or scuffed. If you any questions feel free to give us a call we are available anytime of the day. Accidents happen all sorts of hours of the day and we

## How To Save Money With Chevrolet Aftermarket Auto Body Parts

When heading to your local Chevrolet collision shop or Chevrolet

customers so they don't have to worry about anything. There is a 25% restocking fee. All aftermarket Chevrolet auto body parts must have a receipt provided with every return. The Chevrolet aftermarket auto body part must be in same packaging and cannot be used or scuffed. If you any questions feel free to give us a call we are available anytime of the day. Accidents happen all sorts of hours of the day and we want to be sure we are there for our Metro Detroit Customers. You can return your Chevrolet aftermarket auto body part 7 days after the Chevrolet aftermarket auto body part has arrived to your home.

## How To Save Money With Chevrolet Aftermarket Auto Body Parts

When heading to your local Chevrolet collision shop or Chevrolet dealership you already know you are going to be coming out of pocket a lot of money. It is no secret that Chevrolet auto body parts can be very expensive. When purchasing your Chevrolet aftermarket auto body part from Quality Automotive Parts  you will save a ton of money. Here is an example of one way you don't break the bank. You have a 2015 Chevrolet Impala and you are looking for a front bumper. The Chevrolet collision shops and Chevrolet dealerships are trying to charge you over $600.00 for that bumper. Your Auto Part Shippers sales the same exact bumper for $259.00 You will be saving $341.00 on which can go to paint and installation. If you are looking for a Chevrolet collision shop or Chevrolet dealership that will paint the aftermarket auto body part for you just give us a call and we will point you in the right direction. We are here to help our Michigan customers with all of there Chevrolet needs.



### Aftermarket Chevrolet Auto Body Parts We Carry

- Front & Rear Aftermarket Bumper Absorber
- Front & Rear Aftermarket Bumpers Cover
- Aftermarket Center Grilles
- Aftermarket Head Light, Aftermarket Tail Light, Aftermarket Fog Lamp, Aftermarket Reflectors.
- Aftermarket Radiator





**Aftermarket Chevrolet Auto Body Parts We Carry**

- Front & Rear Aftermarket Bumper Absorber
- Front & Rear Aftermarket Bumpers Cover
- Aftermarket Center Grilles
- Aftermarket Head Light, Aftermarket Tail Light, Aftermarket Fog Lamp, Aftermarket Reflectors
- Aftermarket Radiator
- Aftermarket Radiator Support
- Aftermarket Condensers
- Front & Rear Aftermarket Reinforcement Bars
- Aftermarket Hood
- Aftermarket Fender, Valance, Fender Liner, and More
- Aftermarket Mirrors

We provide aftermarket auto body parts to these cities in Michigan: Auburn Hills, Allen Park, Berkley, Beverly Hills, Birmingham, Bloomfield Hills, Center Line, Chesterfield, Clarkston, Clawson, Dearborn Heights, Detroit, Eastpointe, Farmington, Ferndale, Franklin, Grosse Pointe, Hazel Park, Huntington Wood, Livonia, Macomb, Madison Heights, Mount Clemens Novi, Oak Park, Orchard Lake, Rochester, Royal Oak, Southfield, Southgate, Troy, Utica, Walled Lake, Warren, West Bloomfield, Wixom, Woodhaven



## WHY DO YOU NEED AN AFTERMARKET GRILLE MI

Everyone wants to have a nice grille on there vehicle. The point of your grille is not only to make your car look attractive but also to allow air into the radiator and engine. The open area is important to cool your system of your vehicle. Your aftermarket grille is subject to damage during bad weather changes. Your aftermarket grille can also get damaged by road hazards or a front end collision. If you damaged your grille, it is important you get it replaced quickly. Broken areas in the grille will let unwanted things near the engine area which can cause more damage then anticipated. Your vehicle will then have leaks and not drive the way it is suppose to drive. If you are in need of a aftermarket grille because the color has been worn out from the weather or it just might be broken and you need a new one. Quality Automotive Part carries a variety of all aftermarket grilles. We carry aftermarket grilles for all years, makes, and models. Call us today and come pick your the aftermarket grille you need for a great price.





### VEHICLES WE CARRY

### WHY BUY AFTERMARKET GRILLES MI

An aftermarket grille makes your vehicle look great and also protects it from getting things inside the engine area that do not belong. Everything in Michigan does not stay looking good to long due to our weather change every 5 minutes. Your aftermarket grille can develop discoloration, chips, or dings. Everyone enjoys driving a great looking car, Quality Automotive Parts understands that our Michigan residents love there cars and we are here to help you keep your vehicle looking great. If you are looking for an aftermarket grille for your vehicle, call Quality Automotive Parts today see why Quality





- Lincoln Aftermarket Grilles
- Mazda Aftermarket Grilles
- Mercedes-Benz Aftermarket
- MINI Aftermarket Grilles
- Mitsubishi Aftermarket Grilles
- Nissan Aftermarket Grilles
- Pontiac Aftermarket Grilles
- Porsche Aftermarket Grilles
- Saturn Aftermarket Grilles
- Smart Aftermarket Grilles
- Subaru Aftermarket Grilles
- Suzuki Aftermarket Grilles
- Toyota Aftermarket Grilles
- Volkswagen  Aftermarket Grilles
- Volvo Aftermarket Grilles





## AFTERMARKET AUTO BODY PARTS WE CARRY

- Front & Rear Aftermarket Bumper Absorber
- Front & Rear Aftermarket Bumpers Cover
- Aftermarket Center Grilles
- Aftermarket Head Light, Aftermarket Tail Light, Aftermarket Fog Lamp, Aftermarket Reflectors
- Aftermarket Radiator
- Aftermarket Radiator Support
- Aftermarket Condensers
- Front & Rear Aftermarket Reinforcement Bars
- Aftermarket Hood

## MORE INFORMATION ON AFTERMARKET GRILLES FOR



## MORE INFORMATION ON AFTERMARKET GRILLES FOR YOUR MAKE

- Aftermarket Radiator
- Aftermarket Radiator Support
- Aftermarket Condensers
- Front & Rear Aftermarket Reinforcement Bars
- Aftermarket Hood
- Aftermarket Fender, Valance, Fender Liner, and More
- Aftermarket Mirrors

Acura, Audi, BMW, Cadillac, Chevrolet, Chrysler, Dodge, Fiat, Ford, General Motors (GM), Honda, Hyundai, Infiniti, Isuzu, Jaguar, Jeep, KIA, Land Rover, Lexus, Lincoln, Mazda, Mercedes-Benz, MINI, Mitsubishi, Nissan, Pontiac, Porsche, Saturn, Smart, Subaru, Suzuki, Toyota, Volkswagen, Volvo

Quality Automotive Parts Delivers General Motors (GM) Aftermarket Auto Body Parts To These Cities: Auburn Hills, Allen Park, Berkley, Beverly Hills, Birmingham, Bloomfield Hills, Center Line, Chesterfield, Clarkston, Clawson, Dearborn Heights, Detroit, Eastpointe Farmington, Ferndale, Franklin, Grosse Pointe, Hazel Park, Huntington Woods, Livonia, Macomb, Madison Heights, Mount Clemens, Novi, Oak Park, Orchard Lake, Rochester, Royal Oak, Southfield, Southgate, Sterling Heights, Troy, Utica, Walled Lake, Warren, West Bloomfield, Wixom, Woodhaven.





qualityautomotivepart.com/head-light---tail-light.html

### Aftermarket Headlights MI

Quality Automotive Parts carries a wide range of aftermarket headlights, aftermarket taillights, and aftermarket fog lamps. Quality Automotive Parts has been providing aftermarket headlights, aftermarket taillights, and aftermarket fog lamps for Michigan residents for many years. Quality Automotive Parts also carries custom headlights such as aftermarket CCFL halo headlights, aftermarket projector LED halo headlights, aftermarket euro style headlights. Quality Automotive Parts will provide you with aftermarket headlights, aftermarket taillights, and aftermarket fog lamps for your car, van, or truck so that you feel comfortable and safe when driving your vehicle at night. It is very important that your aftermarket headlights, aftermarket taillights, and aftermarket fog lamps are always working when on the road. It shows your presence to other drivers when passing by. If you have any questions regarding aftermarket headlights, aftermarket taillights, and aftermarket fog lamps give us a call today.



### Michigan State Law Regarding Headlights, Taillights, and Fog Lamps

Act 300 of 1949

257.685 Head lamps; number; modulator; height; auxiliary, spot, or other lamp; exemption. Sec. 685.

(1) Except as otherwise provided in subsection (2), a motor vehicle shall be equipped with at least 2 head lamps with at least 1 head lamp on each side of the front of the motor vehicle, in compliance with this chapter. An implement of husbandry manufactured on or after January 1, 2007 shall comply with section 684a.

(2) A motorcycle or moped shall be equipped with at least 1 and not more than 2 head lamps that comply with this chapter.

(3) A motorcycle or moped head lamp may be wired or equipped to allow either its upper beam or its lower beam, but not both, to modulate from a higher intensity to a lower intensity. A head lamp modulator installed on a motorcycle or moped with 2 head lamps shall be wired in a manner to prevent the head lamps from modulating at different rates or not in synchronization with each other. A head lamp modulator installed on a motorcycle or moped shall meet the standards prescribed in 49 CFR 571.108.

(4) Every head lamp upon a motor vehicle shall be located at a height measured from the



### Why Replace Headlights, Taillights, and Fog Lamps, mi

Over a period amount of time, your headlights, taillights, and fog lamps





qualityautomotivepart.com/head-light---tail-light.html



**Why Replace Headlights, Taillights, and Fog Lamps, mI**

Over a period amount of time, your headlights, taillights, and fog lamps will begin to fade due to years of weather conditions. Some might crack, some might burn out, or others will just not be able to produce the accurate amount of light to see down the road. It is against the law to drive without headlights and taillights. Most headlights should last at least 2 years or even longer. If you ever see some sort of mist inside your headlight or taillights, you should have them replaced immediately, due to avoid electrical damage down the road. The water inside the headlights means that there is a crack somewhere and it is letting water through. Getting your headlamp, taillight, or fog lamp replaced quickly will help you avoid high costs of repairs.




**Aftermarket Taillights MI We Carry For These Makes**

- Acura Aftermarket Taillights
- Audi Aftermarket Taillights
- BMW Aftermarket Taillights

(3) A motorcycle or moped head lamp may be wired or equipped to allow either its upper beam or its lower beam, but not both, to modulate from a higher intensity to a lower intensity. A head lamp modulator installed on a motorcycle or moped with 2 head lamps shall be wired in a manner to prevent the head lamps from modulating at different rates or not in synchronization with each other. A head lamp modulator installed on a motorcycle or moped shall meet the standards prescribed in 49 CFR 571.108.

(4) Every head lamp upon a motor vehicle shall be located at a height measured from the center of the head lamp of not more than 54 inches nor less than 24 inches above the level surface upon which the vehicle stands.

(5) When a motor vehicle equipped with head lamps as required in this section is also equipped with auxiliary lamps or a spot lamp or any other lamp on the front of the motor vehicle projecting a beam of an intensity greater than 300 candlepower, not more than a total of 4 of those lamps on the front of a vehicle shall be lighted at a time when upon a highway.

(6) A motor vehicle licensed as an historic vehicle is exempt from the requirements of this section if the vehicle as originally equipped failed to meet these requirements. An historic vehicle shall not be operated in violation of section 684.

History: 1949, Act 300, Eff. Sept. 23, 1949 ;-- Am. 1957, Act 22, Imd. Eff. Apr. 19, 1957 ;-- Am. 1976, Act 439, Imd. Eff. Jan. 13, 1977 ;-- Am. 1978, Act 55, Imd. Eff. Mar. 10, 1978 ;-- Am. 2006, Act 14, Imd. Eff. Feb. 9, 2006 ;-- Am. 2006, Act 453, Imd. Eff. Dec. 14, 2006

Source State of Michigan

**Aftermarket Headlights MI For Sale**

Quality Automotive Parts is known throughout Michigan for providing aftermarket headlights, aftermarket taillights, and aftermarket fog lamps any years, make, or model for low prices. Quality Automotive Parts Inventory carries a wide variety of aftermarket headlights, aftermarket taillights, and aftermarket fog lamps to be sure that all of our Michigan residents find the right aftermarket headlights, aftermarket taillights, and aftermarket fog lamps that



**Aftermarket Taillights MI We Carry For These Makes**

- Acura Aftermarket Taillights
- Audi Aftermarket Taillights
- BMW Aftermarket Taillights
- Cadillac Aftermarket Taillights
- Chevrolet Aftermarket Taillights
- Chrysler Aftermarket Taillights
- Dodge Aftermarket Taillights
- Fiat Aftermarket Taillights
- Ford Aftermarket Taillights
- General Motors (GM) Aftermarket Taillights
- Honda Aftermarket Taillights
- Hyundai Aftermarket Taillights
- Infiniti Aftermarket Taillights
- Isuzu Aftermarket Taillights
- Jaguar Aftermarket Taillights
- Jeep Aftermarket Taillights
- KIA Aftermarket Taillights
- Land Rover Aftermarket Taillights
- Lexus Aftermarket Taillights
- Lincoln Aftermarket Taillights
- Mazda Aftermarket Taillights
- Mercedes-Benz Aftermarket Taillights
- MINI Aftermarket Taillights
- Mitsubishi Aftermarket Taillights
- Nissan Aftermarket Taillights
- Pontiac Aftermarket Taillights
- Porsche Aftermarket Taillights
- Saturn Aftermarket Taillights
- Smart Subaru Aftermarket Taillights
- Suzuki Aftermarket Taillights
- Toyota Aftermarket Taillights
- Volkswagen Aftermarket Taillights
- Volvo Aftermarket Taillights

aftermarket taillights, and aftermarket fog lamps any years, make, or model for low prices. Quality Automotive Parts Inventory carries a wide variety of aftermarket headlights, aftermarket taillights, and aftermarket fog lamps to be sure that all of our Michigan residents find the right aftermarket headlights, aftermarket taillights, and aftermarket fog lamps that will fit there car.  Aftermarket headlights, aftermarket taillights, and aftermarket fog lamps provide visibility for drivers to see. Fog lamps are very important when driving through foggy nights, this helps you see what is in front of you and for other drivers to spot you coming. Quality Automotive Parts low prices on aftermarket headlights, aftermarket taillights, and aftermarket fog lamps allows us to beat competitors pricing everyday so that our Michigan residents always receive low prices. If you have any questions regarding aftermarket headlights, aftermarket taillights, and aftermarket fog lamps give us a call today and see why everyone in Michigan picks Quality Automotive Parts.

**Aftermarket Headlights MI We Carry For These Makes**

- Acura Aftermarket Headlights
- Audi Aftermarket Headlights
- BMW Aftermarket Headlights
- Cadillac Aftermarket Headlights
- Chevrolet Aftermarket Headlights
- Chrysler Aftermarket Headlights
- Dodge Aftermarket Headlights
- Fiat Aftermarket Headlights
- Ford Aftermarket Headlights
- General Motors (GM) Aftermarket Headlights
- Honda Aftermarket Headlights





- Hyundai Aftermarket Fog Lamps
- Infiniti Aftermarket Fog Lamps
- Isuzu Aftermarket Fog Lamps
- Jaguar Aftermarket Fog Lamps
- Jeep Aftermarket Fog Lamps
- KIA Aftermarket Fog Lamps
- Land Rover Aftermarket Fog Lamps
- Lexus Aftermarket Fog Lamps
- Lincoln Aftermarket Fog Lamps
- Mazda Aftermarket Fog Lamps
- Mercedes-Benz Aftermarket Fog Lamps
- MINI Aftermarket Fog Lamps
- Mitsubishi Aftermarket Fog Lamps
- Nissan Aftermarket Fog Lamps
- Pontiac Aftermarket Fog Lamps
- Porsche Aftermarket Fog Lamps
- Saturn Aftermarket Fog Lamps
- Smart Subaru Aftermarket Fog Lamps
- Suzuki Aftermarket Fog Lamps
- Toyota Aftermarket Fog Lamps
- Volkswagen Aftermarket Fog Lamps
- Volvo Aftermarket Fog Lamps

**Aftermarket Auto Body Parts MI We Carry**

- Front & Rear Aftermarket Bumper Absorber
- Front & Rear Aftermarket Bumpers Cover
- Aftermarket Center Grilles
- Aftermarket Head Light, Aftermarket Tail Light, Aftermarket Fog Lamp, Aftermarket Reflectors
- Aftermarket Radiator
- Aftermarket Radiator Support
- Aftermarket Condensers
- Front & Rear Aftermarket Reinforcement Bars
- Aftermarket Hood
- Aftermarket Fender, Valance, Fender Liner, and More
- Aftermarket Mirrors

31



- Front & Rear Aftermarket Reinforcement Bars
- Aftermarket Hood
- Aftermarket Fender, Valance, Fender Liner, and More
- Aftermarket Mirrors



**More Information On Aftermarket Auto Body Parts, MI**

Acura, Audi, BMW, Cadillac, Chevrolet, Chrysler, Dodge, Fiat, Ford, General Motors (GM), Honda, Hyundai, Infiniti, Isuzu, Jaguar, Jeep , KIA, Land Rover, Lexus, Lincoln, Mazda, Mercedes-Benz, MINI, Mitsubishi, Nissan, Pontiac, Porsche, Saturn, Smart, Subaru, Suzuki, Toyota, Volkswagen, Volvo

We provide aftermarket auto body parts to these cities in Michigan: Auburn Hills,Allen Park, Berkley, Beverly Hills, Birmingham, Bloomfield Hills, Center Line, Chesterfield, Clarkston, Clawson, Dearborn Heights, Detroit, Eastpointe, Farmington, Ferndale, Franklin, Grosse Pointe, Hazel Park, Huntington Wood, Livonia, Macomb, Madison Heights, Mount Clemens,Novi, Oak Park, Orchard Lake, Rochester, Royal Oak, Southfield, Southgate, Troy, Utica, Walled Lake, Warren, West Bloomfield, Wixom, Woodhaven



Quality Automotive Parts is the leading supplier of aftermarket front &
rear bumpers for all years makes and models. Whatever aftermarket
bumper you are searching for, Quality Automotive Parts carries a variety
of all types of bumpers wether its foreign or domestic. Our front and rear
aftermarket bumper inventory is always updated with the latest models,
so that we carry everything. Quality Automotive Parts is one of the top
leading provider for front and rear aftermarket bumper in Michigan. Our
Michigan residents and everyone throughout the entire country will
receive the lowest prices on front and rear aftermarket bumper. Quality
Automotive Parts goal is to make our Michigan residents front and rear
aftermarket bumper shopping experience easy and affordable. When you
come into Quality Automotive Parts you will see outstanding customer
service and low prices that has kept us in providing front and rear
aftermarket bumper for Michigan residents for many years.



### Reasons For Choosing Aftermarket Bumpers, MI

It is no secret that bumpers can be very expensive. If you have ever needed to
fix your bumper, you will know how expensive it can get. Being in the motor city,
Michigan residents have seen the rise costs of not only auto parts, but bumpers
as well. Quality Automotive Parts has been working with Michigan residents so
that if they ever do need any type of front or rear aftermarket bumper, it is
available to them right away at very low prices. At Quality Automotive Parts you
get a variety for front and rear aftermarket bumpers for all years, makes, and
models. Aftermarket bumpers will always be much cheaper then OEM, all front
and rear aftermarket bumper fit the same, once you have the front and rear
aftermarket bumper painted and installed, no one will ever know the difference.
Give us a call today and purchase your front and rear aftermarket bumper and
see check out our great prices. You will not regret it.



### No Need To Pay More For Aftermarket Bumpers, MI?

Have been searching all over Michigan for the right aftermarket bumper for
your vehicle? Has everywhere you been calling and going been giving you a
ridiculous price on your aftermarket bumper? Well you do not have to stress
anymore, Quality Automotive Parts carries a variety of aftermarket bumpers
that will fit you needs. Whether it is textured, with sensors, without sensors,





quality automotivepart.com/aftermarket-bumpers-mi.html

Have been searching all over Michigan for the right aftermarket bumper for your vehicle? Has everywhere you been calling and going been giving you a ridiculous price on your aftermarket bumper? Well you do not have to stress anymore, Quality Automotive Parts carries a variety of aftermarket bumpers that will fit you needs. Whether it is textured, with sensors, without sensors, fog lamp holes, without fog lamp holes, towing package, no towing package or just a simple paint to match. Once you use Quality Automotive Parts for your bumpers, you will not regret it. Quality Automotive Parts is one of the worldwide names in the auto industry for aftermarket bumpers. You will find wide range of replacement Aftermarket bumpers and products at our Michigan location.



**Avoiding Damages On Your Aftermarket Bumper,MI**

When driving your vehicle, you already know that tail gating is a big NO. Other drivers do not think the same way. The faster you go, the bigger of a distance you need to put in between you and the driver in front of you. Possibly you were hit by someone in a parking lot, or pulling out or into your garage. There is no doubt that accidents do happen. When they do we want to be prepared for the worst. Quality Automotive Parts understands that accidents occur and this is why we are the leading supplier of aftermarket bumpers in Michigan. Sometimes its much cheaper just to purchase your bumper yourself and have it painted and installed. You avoid high insurance costs if the accidents was your fault and if all you need is a aftermarket bumper. Quality Automotive Parts is here to help all our Michigan residents with any years, make and model. If you were involved in a accident and are in need of a aftermarket bumper, call Quality Automotive Parts today.



**We Carry Aftermarket Bumpers For These Makes, MI**

- Acura Aftermarket Bumpers
- Audi  Aftermarket Bumpers
- BMW Aftermarket Bumpers
- Buick Aftermarket Bumpers
- Cadillac Aftermarket Bumpers
- Chevrolet Aftermarket Bumpers
- Chrysler Aftermarket Bumpers
- Dodge Aftermarket Bumpers
- Fiat Aftermarket Bumpers
- Ford Aftermarket Bumpers





- Chevrolet Aftermarket Bumpers
- Chrysler Aftermarket Bumpers
- Dodge Aftermarket Bumpers
- Fiat Aftermarket Bumpers
- Ford Aftermarket Bumpers
- General Motors Aftermarket Bumpers
- GMC Aftermarket Bumpers
- Honda Aftermarket Bumpers
- Hyundai Aftermarket Bumpers
- Infiniti Aftermarket Bumpers
- Jaguar Aftermarket Bumpers
- Jeep Aftermarket Bumpers
- Kia Aftermarket Bumpers
- Land Rover Aftermarket Bumpers
- Lexus Aftermarket Bumpers
- Mazda Aftermarket Bumpers
- Mercedes-Benz Aftermarket Bumpers
- Mini Aftermarket Bumpers
- Mitsubishi Aftermarket Bumpers
- Nissan Aftermarket Bumpers
- Porsche Aftermarket Bumpers
- Ram Aftermarket Bumpers
- Saab Aftermarket Bumpers
- Subaru Aftermarket Bumpers
- Suzuki Aftermarket Bumpers
- Tata Motors Aftermarket Bumpers
- Tesla Aftermarket Bumpers
- Toyota Aftermarket Bumpers
- Volkswagen Aftermarket Bumpers

### What Does An Aftermarket Bumper Do, MI?

When looking at your vehicle, you would never give to much thought on the auto body parts until you are involved in an accident. Bumpers are designed to absorb some of the impact when involved in a collision. If you accidentally back into a pole, your rear bumper is going to keep your tail lights and trunk lid from being smashed. Having a safe strong bumper for your vehicle is very important. Your bumper is built to take impact and this why they crush zone in the bumper, they also have an absorber that sits on the bumper, then the bumper cover goes on top of that. Bumpers can be very expensive and Quality Automotive Parts understands that, this is why we are here for our Michigan residents. If you are need of a aftermarket bumper, give us a call today.







### Aftermarket Hoods MI

Your hood is an important piece that goes on your vehicle. It protects your engine from harmful things that can get in and cause some major damage. Aftermarket hoods consist of outer panel and inner panels. The inner panel of the aftermarket hood provides strength while the outer part of the aftermarket hood provides as a cover.  Aftermarket hoods come with scoops, fiber glass, or even aluminum. Depending what your vehicle has, Quality Automotive Parts carries aftermarket hoods for all years, makes and models.

Your hood will be located in the front of your vehicle where your engine sits. Your hood is made to tear  and crush if you ever get into a collision. Always be sure your hood is in good condition as well as the hood latch. It always to a good idea to make sure hood equipment is always working properly. It prevents the hood from ever opening when on the road at a fast speed.

### Aftermarket Hood, MI Strength

The important reasons of having a good hood installed on your vehicle is for protection and security. Think for a moment that your vehicle did not have a hood on it, do you honestly think your engine and other parts underneath the hood would last long against Michigan weather? It also will not be a good look for your vehicle without a hood. Your hood is one of the most useful part on your car. It shields your engine from bad weather, you would never want rain or snow to pile up on your engine, it can cause the engine to flood if there was not a hood on top of it. Your hood also protects your engine from contaminants like dust and other types of debris. You can also get a hood that will make your vehicle look very sharp, depending on what hood fits your year, make and model. If you are ever involved in a collision and your hood is bent or cannot be fixed, give Quality Automotive Parts a call and we will be able to locate you a hood for a great price.



quality automotive part.com/aftermarket-hood-mi-html

**Aftermarket Hoods MI Basic Information**

Your engine is the most important part of your vehicle. By saying this, we need to always make sure that it is protected. If you leave your engine exposed to extreme temperature, moisture, and damaging material can really effect on how your engine will run. Car makers design everything for a reason, in other countries the hood is called a bonnet.  Hoods are also designed with sound absorbing material underneath. Hoods are always designed with high quality due to having one of the most important jobs on the vehicle. Your hood will never be able to escape from scratches or dents but they can be fixed. If you ever get involved in a collision the only way of fixing your hood is by replacing your hood. Quality Automotive Parts carries a wide selection of hoods for all years, makes, and models. If you are in need of a hood for your car, truck, or SUV call Quality Automotive Parts today.

**We Carry Aftermarket Hoods MI For These Makes**

- Acura Aftermarket Hood
- Audi Aftermarket Hood
- BMW Aftermarket Hood
- Cadillac Aftermarket Hood
- Chevrolet Aftermarket Hood
- Chrysler Aftermarket Headlights
- Dodge Aftermarket Hood
- Fiat Aftermarket Hood
- Ford Aftermarket Hood
- General Motors (GM) Aftermarket Hood
- Honda Aftermarket Hood
- Hyundai Aftermarket Hood



**More Information On Aftermarket Hoods MI Clock Here**

Acura, Audi, BMW, Cadillac, Chevrolet, Chrysler, Dodge, Fiat, Ford, General Motors (GM), Honda, Hyundai, Infiniti, Isuzu, Jaguar, Jeep, KIA, Land Rover, Lexus, Lincoln, Mazda, Mercedes Benz, MINI, Mitsubishi, Nissan, Pontiac, Porsche, Saturn, Smart, Subaru, Suzuki, Toyota, Volkswagen, Volvo

**We Also Carries All Aftermarket Auto Body Parts, MI**

- Front & Rear Aftermarket Bumper Absorber
- Front & Rear Aftermarket Bumpers Cover
- Aftermarket Center Grilles
- Aftermarket Head Light, Aftermarket Tail Light, Aftermarket Fog Lamp, Aftermarket Reflectors
- Aftermarket Radiator
- Aftermarket Radiator Support
- Aftermarket Condensers
- Front & Rear Aftermarket Reinforcement Bars
- Aftermarket Hood
- Aftermarket Fender, Valance, Fender Liner, and More

- Fiat Aftermarket Hood
- Ford Aftermarket Hood
- General Motors (GM) Aftermarket Hood
- Honda Aftermarket Hood
- Hyundai Aftermarket Hood
- Infiniti Aftermarket Hood
- Isuzu Aftermarket Hood
- Jaguar Aftermarket Hood
- Jeep Aftermarket Hood
- KIA Aftermarket Hood
- Land Rover Aftermarket Hood
- Lexus Aftermarket Hood
- Lincoln Aftermarket Hood
- Mazda Aftermarket Hood
- Mercedes-Benz Aftermarket Hood
- MINI Aftermarket Hood
- Mitsubishi Aftermarket Hood
- Nissan Aftermarket Hood
- Pontiac Aftermarket Hood
- Porsche Aftermarket Hood
- Saturn Aftermarket Hood
- Smart Subaru Aftermarket Hood
- Suzuki Aftermarket Hood
- Toyota Aftermarket Hood
- Volkswagen Aftermarket Hood
- Volvo Aftermarket Hood

Acura, Audi, BMW, Cadillac, Chevrolet, Chrysler, Dodge, Fiat, Ford,
General Motors (GM), Honda, Hyundai, Infiniti, Isuzu, Jaguar, Jeep
, KIA, Land Rover, Lexus, Lincoln, Mazda, Mercedes-Benz, MINI,
Mitsubishi, Nissan, Pontiac, Porsche, Saturn, Smart, Subaru,
Suzuki, Toyota, Volkswagen, Volvo

- Mini Aftermarket Hood
- Mitsubishi Aftermarket Hood
- Nissan Aftermarket Hood
- Pontiac Aftermarket Hood
- Porsche Aftermarket Hood
- Saturn Aftermarket Hood
- Smart Subaru Aftermarket Hood
- Suzuki Aftermarket Hood
- Toyota Aftermarket Hood
- Volkswagen Aftermarket Hood
- Volvo Aftermarket Hood

**We Also Carries All Aftermarket Auto Body Parts, MI**

- Front & Rear Aftermarket Bumper Absorber
- Front & Rear Aftermarket Bumpers Cover
- Aftermarket Center Grilles
- Aftermarket Head Light, Aftermarket Tail Light, Aftermarket Fog Lamp, Aftermarket Reflectors
- Aftermarket Radiator
- Aftermarket Radiator Support
- Aftermarket Condensers
- Front & Rear Aftermarket Reinforcement Bars
- Aftermarket Hood
- Aftermarket Fender, Valance, Fender Liner, and More
- Aftermarket Mirrors



We provide aftermarket auto body parts to these cities in Michigan: Auburn Hills Allen Park, Berkley, Beverly Hills, Birmingham, Bloomfield Hills, Center Line, Chesterfield, Clarkston, Clawson, Dearborn Heights, Detroit, Eastpointe, Farmington, Ferndale, Franklin, Grosse Pointe, Hazel Park, Huntington Wood, Livonia, Macomb, Madison Heights, Mount Clemens Novi, Oak Park, Orchard Lake, Rochester, Royal Oak, Southfield, Southgate, Troy, Utica, Walled Lake, Warren, West Bloomfield, Wixom, Woodhaven