UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GM GLOBAL TECHNOLOGY OPERATIONS, LLC,

        Plaintiff(s),

v.

QUALITY COLLISION PARTS, INC.,

        Defendant(s).
_____/

Case No. 23-13026

Honorable Jonathan J.C. Grey

Magistrate Judge Curtis Ivy, Jr.

**ORDER OF RECUSAL AND REASSIGNMENT**

    A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: August 16, 2024

s/Jonathan J.C. Grey
Jonathan J.C. Grey
U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Denise Page Hood.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: August 19, 2024

s/Julie Owens
Deputy Clerk