**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GM GLOBAL TECHNOLOGY OPERATIONS, LLC

Plaintiff,

v.

QUALITY COLLISION PARTS, INC., POWER AUTO PARTS, INC., NATHIR HERMEZ, AN INDIVIDUAL, KANAAN HERMEZ, AN INDIVIDUAL, ALDEN HERMEZ, AN INDIVIDUAL, and TOM HERMEZ, AN INDIVIDUAL,

Defendants

QUALITY COLLISION PARTS, INC.,

Counterclaim-Plaintiff,

v.

GENERAL MOTORS COMPANY, INC., GENERAL MOTORS, LLC, and GM GLOBAL TECHNOLOGY OPERATIONS, LLC,

Counterclaim-Defendants,

Case No. 2:23-cv-13026-DPH-CI

Hon. Denise Page Hood

Hon. Curtis Ivy Jr.

**QUALITY COLLISION PARTS, INC.'s ANSWER TO GM GLOBAL TECHNOLOGY OPERATIONS, LLC's FIRST AMENDED COMPLAINT FOR DESIGN PATENT INFRINGEMENT AND FOR RELATED STATE LAW CLAIMS AND AFFIRMATIVE DEFENSES**

Defendant/Counterclaim-Plaintiff Quality Collision Parts, Inc. ("QCP"), by and through its undersigned attorneys, Paesano Akkashian PC, for its Answer to the First Amended Complaint of Plaintiff/Counterclaim-Defendant GM Global Technology Operations, LLC ("GM"), states as follows:

**NATURE OF THE ACTION**

1. Admitted.

2. Denied.

3. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

4. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

5. Denied.

**THE PARTIES**

6. Admitted.

7. Admitted.

8. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

9. Admitted.

10. Admitted.

11. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

12. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Power Auto Parts, Inc., and therefore leaves GM to its proofs. As to the allegation that "Tom Hermez was a manager at Quality Collision," admitted.

13. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Nathir Hermez, and therefore leaves GM to its proofs.

14. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Kanaan Hermez, and therefore leaves GM to its proofs.

15. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Alden Hermez, and therefore leaves GM to its proofs.

16. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Tom Hermez, and therefore leaves GM to its proofs.

## **JURISDICTION AND VENUE**

17. Admitted.

18. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

19. QCP admits only that the Court has personal jurisdiction. QCP otherwise denies the allegations contained in this numbered paragraph.

20. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and the individual Defendants and therefore leaves GM to its proofs.

21. QCP admits only that venue is proper. QCP otherwise denies the allegations contained in this numbered paragraph.

22. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

## BACKGROUND

23. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

24. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

25. Admitted

26. QCP admits only GM sells vehicle components and parts as an Original Equipment Manufacturer.

27. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

28. QCP admits only that it is in the business of selling replacement and replica parts for automotive vehicles, including GM vehicles. QCP otherwise denies the allegations in this numbered paragraph.

29. QCP denies infringement, whether unwilling or otherwise, of any valid patent, or any other wrongdoing. QCP otherwise admits the allegations as to the quotes included in this numbered paragraph.

30. Denied.

31. QCP admits only that the quote referenced in this numbered paragraph is accurate. QCP otherwise denies the allegations in this numbered paragraph.

32. Denied.

33. Denied.

34. Denied.

35. QCP admits only that in July 2022, CPB seized parts. QCP otherwise denies the allegations in this numbered paragraph.

36. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered

paragraph, and therefore leaves GM to its proofs. QCP further denies infringement, whether unwilling or otherwise, of any valid patent, or any other wrongdoing.

37. Denied.

38. QCP lacks knowledge or information sufficient to form a belief about the allegations contained in the second sentence of this numbered paragraph, and therefore leaves GM to its proofs. Denied as to the remaining allegations.

39. QCP admits that it received a letter from GM on June 13, 2023, asserting claims of design patent infringement. QCP also admits that on August 7, 2023, counsel for QCP sent a communication to GM that outlined the deficiencies in the various affidavits provided to CBP and requesting supporting detail, which GM has refused to provide. QCP otherwise denies the remaining allegations in this numbered paragraph.

40. QCP admits only that it does not have a license. QCP denies a license is required for its business and that it infringed any design patent.

41. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

42. QCP neither admits nor denies as the referenced document has been produced in discovery and speaks for itself.

43. QCP neither admits nor denies as the referenced document has been produced in discovery and speaks for itself.

44. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

45. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

46. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. QCP otherwise denies the allegations in this numbered paragraph.

47. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

48. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

49. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

50. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

51. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

52. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant Power Auto

Parts, Inc., and therefore leaves GM to its proofs. QCP otherwise denies the allegations in this numbered paragraph.

53. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc. and Alden Hermez, and therefore leaves GM to its proofs.

54. Admitted.

55. Admitted.

56. QCP admits only that "Tom Hermez was a manager…at Quality Collision." QCP denies Tom Hermez was "a principal and/or officer at Quality Collision." Otherwise, QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

57. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc. Nathir Hermez, and Kanaan Hermez, and therefore leaves GM to its proofs.

58. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered

paragraph, as the allegations are directed toward Defendants Nathir Hermez and Kanaan Hermez, and therefore leaves GM to its proofs.

59. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Kanaan Hermez and Alden Hermez, and therefore leaves GM to its proofs.

60. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Kanaan Hermez and Tom Hermez, and therefore leaves GM to its proofs.

61. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing.

67. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing.

68. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing.

69. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing.

70. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing.

71. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing.

72. QCP admits that Tom Heremez served as a general manager for QCP. QCP further admits that Kanaan served as an operations manager. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this numbered paragraph, as the allegations are directed towards Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

73. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc.,

Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

74. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

75. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

76. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

77. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

78. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

79. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

**COUNT I**

80. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

81. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

82. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

83. Denied.

84. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

85. Admitted.

86. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

87. Denied.

88. Denied.

89. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred

assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

90. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

91. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

92. Denied.

93. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. Otherwise, denied.

94. QCP admits only that it does not have a license. QCP otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

95. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## **COUNT II**

96. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

97. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

98. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

99. Denied.

100. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

101. Admitted.

102. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

103. Denied.

104. Denied.

105. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

106. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

107. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

108. Denied.

109. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. Otherwise, denied.

110. QCP admits only that it does not have a license. QCP otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise QCP can

neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and the individual Defendants and therefore leaves GM to its proofs.

111. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT III

112. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

113. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

114. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

115. Denied.

116. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

117. Admitted.

118. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

119. Denied.

120. Denied.

121. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

122. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph,

to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

123. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

124. Denied.

125. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. Otherwise, denied.

126. QCP admits only that it does not have a license. QCP otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and the individual Defendants and therefore leaves GM to its proofs.

127. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

**COUNT IV**

128. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

129. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

130. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

131. Denied.

132. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

133. Admitted.

134. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

135. Denied.

136. Denied.

137. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

138. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

139. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

140. Denied.

141. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. Otherwise, denied.

142. QCP admits only that it does not have a license. QCP otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and the individual Defendants and therefore leaves GM to its proofs.

143. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward

Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT V

144. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

145. Denied.

146. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

147. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

148. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

149. Admitted.

150. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

151. Denied.

152. Denied.

153. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

154. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

155. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

156. Denied.

157. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. Otherwise, denied.

158. QCP admits only that it does not have a license. QCP otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and the individual Defendants and therefore leaves GM to its proofs.

159. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT VI

160. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

161. Denied.

162. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

163. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

164. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

165. Admitted.

166. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

167. Denied.

168. Denied.

169. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred

assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

170. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

171. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

172. Denied.

173. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. Otherwise, denied.

174. QCP admits only that it does not have a license. QCP otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and the individual Defendants and therefore leaves GM to its proofs.

175. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

**COUNT VII**

176. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

177. Denied.

178. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

179. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

180. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

181. Admitted.

182. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

183. Denied.

184. Denied.

185. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

186. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing.

QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

187. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

188. Denied.

189. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. Otherwise, denied.

190. QCP admits only that it does not have a license. QCP otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered

paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and the individual Defendants and therefore leaves GM to its proofs.

191. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

**COUNT VIII**

192. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

193. Denied.

194. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

195. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

196. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

197. Admitted.

198. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

199. Denied.

200. Denied.

201. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

202. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph,

to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

203. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

204. Denied.

205. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. Otherwise, denied.

206. QCP admits only that it does not have a license. QCP otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

207. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT IX

208. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

209. Denied.

210. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

211. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

212. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

213. Admitted.

214. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

215. Denied.

216. Denied.

217. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

218. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

219. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information

sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

220. Denied.

221. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. Otherwise, denied.

222. QCP admits only that it does not have a license. QCP otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

223. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward

Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT X

224. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

225. Denied.

226. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

227. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

228. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

229. Admitted.

230. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

231. Denied.

232. Denied.

233. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration, and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

234. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., and therefore leaves GM to its proofs.

235. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. Otherwise, QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

236. Denied.

237. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs. Otherwise, denied.

238. QCP admits only that it does not have a license. QCP otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

239. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants Power Auto Parts, Inc., Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT XI

240. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

241. Denied.

242. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

243. Denied.

244. QCP denies the allegations in this numbered paragraph to the extent they implicate QCP and/or its actions. QCP further denies any alleged wrongdoing. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

245. Denied.

246. QCP admits only that the address alleged is its address. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

247. QCP admits only the phone number alleged is its phone number. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

248. QCP admits only that the website alleged is its website. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

249. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

250. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

251. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

252. Denied.

253. QCP denies the allegations in this numbered paragraph, to the extent they are directed to QCP. Otherwise QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

**COUNT XII**

254. QCP restates and incorporates by reference each of its responses above as if fully set forth herein.

255. Denied.

256. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant Power Auto Parts, Inc., and therefore leaves GM to its proofs.

257. Admitted.

258. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

259. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

260. Denied.

261. QCP can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

262. Denied.

263. Denied.

264. Denied.

265. QCP admits only that it entered into an agreement with Defendant Power Auto Parts, Inc., regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. QCP denies the remaining allegations in this numbered paragraph.

266. Denied.

267. Denied.

WHEREFORE, QCP respectfully requests that this Court dismiss GM's Complaint with prejudice and award QCP all attorney fees and costs incurred in defense of this action.

## AFFIRMATIVE DEFENSES

Defendant/Counterclaim-Plaintiff, Quality Collision Parts, Inc. ("QCP"), by and through its attorneys, Paesano Akkashian, PC, states as follows for its affirmative defenses to the First Amended Complaint of Plaintiff/Counterclaim-Defendant GM Global Technology Operations, LLC ("GM"):

1. The Asserted GM Patents referenced throughout the First Amended Complaint are each invalid under one or more sections of 35 U.S.C. §§101, 102, 103, 112, and 171.

2. GM comes to this action with unclean hands as related to the way it pursued whatever patent rights it possessed prior to this case.

3. The Asserted GM Patents referenced throughout the First Amended Complaint each claim functional subject matter and are ineligible for design patent prosecution.

4. The First Amended Complaint fails to state a claim upon which relief can be granted.

5. GM has not suffered any damages.

6. GM failed to mitigate damages.

7. Any alleged wrongful acts and/or incidents and/or occurrences complained of by GM did not occur as stated by GM or did not occur at all.

8. QCP did not infringe the Asserted GM Patents referenced throughout the First Amended Complaint.

9. QCP did not willfully infringe the Asserted GM Patents so as to justify the imposition of increased damages allowed under 35 U.S. Code § 284.

10. QCP did not willfully infringe the Asserted GM Patents or otherwise act or conduct itself so as to make this an exceptional case allowing for the awarding of attorney fees as contemplated by 35 U.S. Code § 285.

QCP reserves the right to amend these affirmative defenses to raise each and every other defense to which it may become entitled based on the facts that shall be

disclosed or discovered during the pendency of discovery or of further proceedings in this action.

Respectfully submitted:

PAESANO AKKASHIAN, PC

By: *_/s/ Matthew J. Enright_*
Brian M. Akkashian (P55544)
Devin W. Bone (P78853)
Matthew J. Enright (P85951)
Attorneys for Defendant/Counter-Claimant Quality Collision Parts, Inc.
7457 Franklin Road, Suite 200
Bloomfield Hills, Michigan 48301
(248) 792-6886
bakkashian@palawyers.com
dbone@palawyers.com
menright@palawyers.com

Dated: February 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I filed the foregoing document using the court's CM/ECF, which will send notification of such filing on all registered counsel.

*/s/ Matthew J. Enright*
Matthew J. Enright (P85951)