**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| GM GLOBAL TECHNOLOGY OPERATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>QUALITY COLLISION PARTS, INC., POWER AUTO PARTS, INC., NATHIR HERMEZ, AN INDIVIDUAL, KANAAN HERMEZ, AN INDIVIDUAL, ALDEN HERMEZ, AN INDIVIDUAL, and TOM HERMEZ, AN INDIVIDUAL,<br><br>Defendants | Case No. 2:23-cv-13026-DPH-CI<br><br>Hon. Denise Page Hood<br><br>Hon. Curtis Ivy Jr. |
| QUALITY COLLISION PARTS, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>GENERAL MOTORS COMPANY, INC., GENERAL MOTORS, LLC, and GM GLOBAL TECHNOLOGY OPERATIONS, LLC,<br><br>Counterclaim-Defendants, | |

**POWER AUTO PARTS, INC.'s ANSWER TO GM GLOBAL TECHNOLOGY OPERATIONS, LLC's FIRST AMENDED COMPLAINT FOR DESIGN PATENT INFRINGEMENT AND FOR RELATED STATE LAW CLAIMS AND AFFIRMATIVE DEFENSES**

Defendant Power Auto Parts, Inc. ("Power") by and through its undersigned attorneys, Paesano Akkashian PC, for its Answer to the First Amended Complaint of Plaintiff/Counterclaim-Defendant GM Global Technology Operations, LLC ("GM"), states as follows:

## NATURE OF THE ACTION

1. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

2. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant/Counterclaim-Plaintiff Quality Collision Parts, Inc. ("QCP"), and therefore leaves GM to its proofs.

3. Denied.

4. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

5. Denied.

## THE PARTIES

6. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

7. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

8. Admitted.

9. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

10. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

11. Admitted.

12. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as some of the allegations are directed toward Defendant QCP and Tom Hermez, and therefore leaves GM to its proofs as to those allegations. As to the

allegation that "Tom Hermez…is currently a manager at Power Auto Parts," admitted.

13. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Nathir Hermez, and therefore leaves GM to its proofs.

14. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Kanaan Hermez and therefore leaves GM to its proofs.

15. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Alden Hermez, and therefore leaves GM to its proofs.

16. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendant Tom Hermez, and therefore leaves GM to its proofs.

**JURISDICTION AND VENUE**

17. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

18. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations related to supplemental jurisdiction included in this numbered paragraph, and therefore leaves GM to its proofs. As to any remaining allegations directed to Power, denied.

19. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward QCP, and therefore leaves GM to its proofs.

20. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and leaves GM to its proofs.

21. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph as to the propriety of the chosen venue. As to any remaining allegations directed to Power, denied.

22. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

## BACKGROUND

23. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

24. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

25. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

26. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs

27. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

28. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

29. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

30. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

31. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

32. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

33. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

34. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

35. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

36. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

37. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

38. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

39. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

40. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP, and therefore leaves GM to its proofs.

41. Admitted.

42. Power admits only that it entered into an agreement with QCP regarding the purchase and acquisition of QCP assets by Power for fair and adequate consideration.

43. Power admits only that certain assets subject to the purchase agreement between it and QCP are those which GM alleges infringe on the Asserted GM Patents. Power denies the assets which GM alleges are infringing actually infringe on any patents.

44. Denied.

45. Denied.

46. Denied.

47. Power admits only that the quoted language included in this numbered paragraph is accurate. Power otherwise denies the remaining allegations in this numbered paragraph.

48. Denied.

49. Power admits only that the quoted language included in this numbered paragraph is accurate. Power otherwise denies the remaining allegations in this numbered paragraph.

50. Denied.

51. Denied.

52. Denied.

53. Admitted.

54. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to QCP and Defendant Kanaan Hermez, and therefore leaves GM to its proofs.

55. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered

paragraph, as the allegations are directed to QCP and Defendant Nathir Hermez, and therefore leaves GM to its proofs.

56. Power admits only that Tom Hermez is currently a manager at Power. Power denies Tom Hermez is a principal and/or officer at Power. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

57. Denied.

58. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Nathir Hermez and Kanaan Hermez, and therefore leaves GM to its proofs.

59. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Kanaan Hermez and Alden Hermez, and therefore leaves GM to its proofs.

60. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Kanaan Hermez and Tom Hermez, and therefore leaves GM to its proofs.

61. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

62. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing.

63. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

64. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

65. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered

paragraph, as the allegations are directed toward Defendant QCP, and therefore leaves GM to its proofs.

66. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

67. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

68. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

69. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants QCP, Nathir Hermez,

Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

70. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing.

71. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

72. Power admits only that it is managed and controlled by Alden Hermez. Power denies that it is managed and controlled by Nathir Hermez, Kanaan Hermez. Power admits that Tom Hermez is its general manager.

73. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing.

74. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing.

75. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing.

76. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

77. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing.

78. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing.

79. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed toward Defendants Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

## COUNT I

80. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

81. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs

82. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

83. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

84. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

85. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

86. Admitted.

87. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

88. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

89. Power admits only that it entered into an agreement with Defendant QCP regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. Power denies the remaining allegations in this numbered paragraph.

90. Denied.

91. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward

Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

92. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

93. Denied.

94. Power admits only that it does not have a license. Power otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

95. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT II

96. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

97. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs

98. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

99. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

100. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

101. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

102. Admitted.

103. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

104. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

105. Power admits only that it entered into an agreement with Defendant QCP regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. Power denies the remaining allegations in this numbered paragraph.

106. Denied.

107. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward

Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

108. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

109. Denied.

110. Power admits only that it does not have a license. Power otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

111. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT III

112. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

113. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs

114. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

115. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

116. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

117. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

118. Admitted.

119. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

120. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

121. Power admits only that it entered into an agreement with Defendant QCP regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. Power denies the remaining allegations in this numbered paragraph.

122. Denied.

123. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward

Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

124. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

125. Denied.

126. Power admits only that it does not have a license. Power otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

127. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

**COUNT IV**

128. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

129. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

130. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

131. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

132. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

133. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

134. Admitted.

135. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

136. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

137. Power admits only that it entered into an agreement with Defendant QCP regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. Power denies the remaining allegations in this numbered paragraph.

138. Denied.

139. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward

Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

140. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

141. Denied.

142. Power admits only that it does not have a license. Power otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

143. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT V

144. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

145. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs

146. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

147. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

148. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

149. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

150. Admitted.

151. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

152. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

153. Power admits only that it entered into an agreement with Defendant QCP regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. Power denies the remaining allegations in this numbered paragraph.

154. Denied.

155. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward

Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

156. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

157. Denied.

158. Power admits only that it does not have a license. Power otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

159. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

**COUNT VI**

160. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

161. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs

162. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

163. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

164. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

165. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

166. Admitted.

167. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

168. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

169. Power admits only that it entered into an agreement with Defendant QCP regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. Power denies the remaining allegations in this numbered paragraph.

170. Denied.

171. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward

Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

172. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

173. Denied.

174. Power admits only that it does not have a license. Power otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

175. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT VII

176. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

177. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs

178. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

179. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

180. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

181. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

182. Admitted.

183. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

184. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

185. Power admits only that it entered into an agreement with Defendant QCP regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. Power denies the remaining allegations in this numbered paragraph.

186. Denied.

187. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward

Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

188. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

189. Denied.

190. Power admits only that it does not have a license. Power otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

191. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT VIII

192. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

193. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs

194. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

195. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

196. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

197. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

198. Admitted.

199. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

200. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

201. Power admits only that it entered into an agreement with Defendant QCP regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. Power denies the remaining allegations in this numbered paragraph.

202. Denied.

203. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward

Defendants QCPm, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

204. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

205. Denied.

206. Power admits only that it does not have a license. Power otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

207. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT IX

208. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

209. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs

210. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

211. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

212. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

213. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

214. Admitted.

215. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

216. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

217. Power admits only that it entered into an agreement with Defendant QCP regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. Power denies the remaining allegations in this numbered paragraph.

218. Denied.

219. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward

Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

220. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

221. Denied.

222. Power admits only that it does not have a license. Power otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

223. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

## COUNT X

224. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

225. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs

226. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

227. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

228. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

229. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

230. Admitted.

231. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

232. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

233. Power admits only that it entered into an agreement with Defendant QCP regarding the purchase and acquisition of QCP assets by Power Auto Parts, Inc. for fair and adequate consideration and that QCP transferred assets to Power Auto Parts, Inc., in accordance with that agreement. Power denies the remaining allegations in this numbered paragraph.

234. Denied.

235. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, to the extent the allegations are directed toward

Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

236. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

237. Denied.

238. Power admits only that it does not have a license. Power otherwise denies the allegations to the extent they suggest a license is necessary. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

239. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Heremez, and therefore leaves GM to its proofs.

**COUNT XI**

240. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

241. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant QCP, and therefore leaves GM to its proofs.

242. Denied.

243. Power denies the allegations in this numbered paragraph to the extent they implicate Power and/or its actions. Power further denies any alleged wrongdoing. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant QCP, and therefore leaves GM to its proofs.

244. Denied.

245. Denied.

246. Power admits only that the address alleged is its address. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the

extent the allegations are directed toward Defendant QCP, and therefore leaves GM to its proofs.

247. Power admits only the phone number alleged is its phone number. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant QCP, and therefore leaves GM to its proofs.

248. Power admits only that the website alleged is its website. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant QCP, and therefore leaves GM to its proofs.

249. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

250. Power denies the allegations in this numbered paragraph that are directed to Power. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph that are directed to Defendant QCP, and therefore leaves GM to its proofs.

251. Denied.

252. Denied.

253. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations included in this numbered paragraph, as they are directed toward Defendant QCP, and therefore leaves GM to its proofs.

**COUNT XII**

254. Power restates and incorporates by reference each of its responses above as if fully set forth herein.

255. Denied.

256. Power admits only that the date of formation alleged in this numbered paragraph is accurate.

257. Admitted.

258. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this numbered paragraph, as the allegations are directed to Defendant QCP, and therefore leaves GM to its proofs.

259. Denied.

260. Denied.

261. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

262. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendants QCP, Nathir Hermez, Kanaan Hermez, Alden Hermez, and Tom Hermez, and therefore leaves GM to its proofs.

263. Power denies the allegations in this numbered paragraph, to the extent they are directed to Power. Otherwise, Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

264. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, and therefore leaves GM to its proofs.

265. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered

paragraph, to the extent the allegations are directed toward Defendant QCP, and therefore leaves GM to its proofs.

266. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant QCP, and therefore leaves GM to its proofs.

267. Power can neither admit nor deny as it lacks knowledge or information sufficient to form a belief as to the truth of the allegations included in this numbered paragraph, to the extent the allegations are directed toward Defendant QCP, and therefore leaves GM to its proofs.

WHEREFORE, Power respectfully requests that this Court dismiss GM's Complaint with prejudice and award Power all attorney fees and costs incurred in defense of this action.

## AFFIRMATIVE DEFENSES

Defendant Power Auto Parts, Inc. ("Power") by and through its attorneys, Paesano Akkashian, PC, states as follows for its affirmative defenses to the First Amended Complaint of Plaintiff/Counterclaim-Defendant GM Global Technology Operations, LLC ("GM"):

1. The Asserted GM Patents referenced throughout the First Amended Complaint are each invalid under one or more sections of 35 U.S.C. §§101, 102, 103, 112, and 171.

2. GM comes to this action with unclean hands as related to the way it pursued whatever patent rights it possessed prior to this case.

3. The Asserted GM Patents referenced throughout the First Amended Complaint each claim functional subject matter and are ineligible for design patent prosecution.

4. The First Amended Complaint fails to state a claim upon which relief can be granted.

5. GM has not suffered any damages.

6. GM failed to mitigate damages.

7. Any alleged wrongful acts and/or incidents and/or occurrences complained of by GM did not occur as stated by GM or did not occur at all.

8. Power did not infringe the Asserted GM Patents referenced throughout the First Amended Complaint.

9. Power did not willfully infringe the Asserted GM Patents so as to justify the imposition of increased damages allowed under 35 U.S. Code § 284.

10. Power did not willfully infringe the Asserted GM Patents or otherwise act or conduct itself so as to make this an exceptional case allowing for the awarding of attorney fees as contemplated by 35 U.S. Code § 285.

Power reserves the right to amend these affirmative defenses to raise each and every other defense to which it may become entitled based on the facts that shall be disclosed or discovered during the pendency of discovery or of further proceedings in this action.

Respectfully submitted:

PAESANO AKKASHIAN, PC

By: */s/ Matthew J. Enright*

Brian M. Akkashian (P55544)
Devin W. Bone (P78853)
Matthew J. Enright (P85951)
Attorneys for Defendant Power
7457 Franklin Road, Suite 200
Bloomfield Hills, Michigan 48301
(248) 792-6886
bakkashian@palawyers.com
dbone@palawyers.com
menright@palawyers.com

Dated: February 18, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I filed the foregoing document using the court's CM/ECF, which will send notification of such filing on all registered counsel.

*/s/ Matthew J. Enright*
Matthew J. Enright (P85951)